AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Centrust Bank, N.A.,

      Plaintiff,

CASE NUMBER: 21-cv-2576

V.

ASSIGNED JUDGE: Sara Ellis

Ruben Ybarra, YRY Holdings, LLC
and Boulder Hill Apartments, LLC

DESIGNATED
MAGISTRATE JUDGE: Maria Valdez

      Defendants.

TO: (Name and address of Defendant)

Boulder Hill Apartments, LLC

c/o YRY Holdings, LLC, Registered Agent

4 Rocky Way, Apt. 13,

Montgomery, IL 60538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam B. Rome of Greiman, Rome & Griesmeyer, LLC

205 West Randolph St., Ste. 2300

Chicago, IL 60606

(312) 428-2750/arome@grglegal.com

an answer to the complaint which is herewith served upon you,     21     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Christina Presslak*

(By) DEPUTY CLERK



May 13, 2021

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date                    Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRUST BANK, N.A.** | Case No.: **1:21-CV-02576** |
| Plaintiff/Petitioner | |
| vs. | |
| **RUBEN YBARRA, ET AL.** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT** |

I, **Steve Hupke**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered private detective or a registered employee of a private detective agency, License No. #129.338624, located at 633 Yesler Way, Seattle, WA 98104.

On the **28th day of May, 2021 at 5:14 PM**, I, **Steve Hupke**, SERVED Boulder Hill Apartments, LLC at **24 HILLSTONE, MONTOMERY, Kendall County, IL 60538** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Norelli Lopez**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**EMPLOYEE, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired Hispanic female approx. 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**

Service Fee Total: **$67.50**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

| | | |
|---|---|---|
| NAME: *Steve Hupke* | #129.338624 | 05/28/2021 |
| Steve Hupke | Server ID # | Date |

REF: **REF-8137245**

Page 1 of 1
Tracking #: **0070903464**

