IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRUST BANK, N.A. ) | |
| ) | Case No. 21-CV-02576 |
| Plaintiff, ) | |
| ) | |
| v. ) | Hon. Judge Sara L. Ellis |
| ) | |
| RUBEN YBARRA, YRY HOLDINGS, LLC ) | Hon. Magistrate Judge Maria Valdez |
| and BOULDER HILL APARTMENTS, LLC ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**

NOW COME Defendants, Ruben Ybarra ("Ybarra"), YRY Holdings, LLC ("YRY") and Boulder Hill Apartments, LLC ("Boulder Hill") (collectively, "Defendants"), by their attorney, Rakesh Khanna, and as *Defendants' Motion for Extension of Time to Answer or Otherwise Plead in Response to Complaint*, state as follows:

1. On May 12, 2021, Plaintiff, Centrust Bank, N.A. ("Plaintiff"), filed its Complaint to initiate the above-referenced case.

2. On May 27, 2021, YRY was served with the Summons and Complaint.

3. On May 28, 2021, Boulder Hill was served with the Summons and Complaint.

4. On June 23, 2021, Ybarra was served with the Summons and Complaint.

5. On June 24, 2021, Rakesh Khanna filed his Appearance on behalf of Defendants.

6. Defendants request through July 22, 2021, to investigate the facts and law necessary to determine how to appropriately respond to the Complaint. There is "good cause" for granting this extension under Federal Rule of Civil Procedure 6(b), including "excusable neglect"

relating to YRY and Boulder Hill. Specifically, Yolanda Ybarra is the principal of YRY and Boulder Hill, and the wife of Ybarra. In May, 2021, and June, 2021, Ybarra was dealing with an urgent medical condition, which required hospitalization and invasive procedures. During this period, Yolanda Ybarra had to direct her attention to Ybarra's urgent medical needs, and due to these urgent medical needs and Ybarra's lack of availability, Yolanda Ybarra had to attend to her young children and other household duties which were to a substantial degree the responsibility of Ybarra—all while Yolanda Ybarra managed her full-time, demanding insurance business. Also, with little notice, the lawyer who Defendants believed would represent them in this action became unavailable to file an appearance in this action, requiring the Defendants to retain alternate counsel, Rakesh Khanna. In addition, YRY and Boulder Hill are only approximately 10 days late in responding to the Complaint, and neither will miss any other deadlines now that they are represented by competent counsel. The foregoing facts describe exigent circumstances comprising "excusable neglect" sufficient for this Court to grant the requested extension.

7. Plaintiff will not be prejudiced in any manner if this Court grants Defendants until July 22, 2021, to answer or otherwise plead to Plaintiff's Complaint. On the other hand, the Defendants would be prejudiced if this Court did not grant the relief because the Defendants have meritorious defenses to the claims alleged in the Complaint. Specifically, the Complaint is vulnerable to be dismissed pursuant to federal rule of Civil Procedure 12(b)(6) for the failure to state a claim upon which relief can be granted.

8. In light of the foregoing, this Court should grant the extension of time for Defendants to file their Answer or otherwise plead in response to the Plaintiff's Complaint.

WHEREFORE, Defendants, Ruben Ybarra, YRY Holdings, LLC and Boulder Hill Apartments, LLC, pray that this Court grant them an extension through and including July 22,

2021, to file their answer or otherwise plead in response to the Plaintiff's Complaint; and for such other and further relief as this Court deems just and proper.

**RUBEN YBARRA, YRY HOLDINGS, LLC AND BOULDER HILL APARTMENTS, LLC**, Defendants

By**:**     /s/ Rakesh Khanna
       One of their attorneys

Rakesh Khanna, Esq.
564 W. Randolph St., 2nd Floor
Chicago, IL  60661
T. 312-663-0004
Email: rakesh@weissberglaw.com
Attorney No. 6243244

## **CERTIFICATE OF SERVICE**

      I, Rakesh Khanna, certify that on June 24, 2021, I caused **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT** to be filed electronically. Notice of these filings was sent to all parties registered with the court's CM/ECF electronic transmission system, including to the following parties:

Adam Brent Rome, Esq.
Zachary Mulcrone, Esq.
Greiman Rome & Griesmeyer LLC
205 West Randolph, Suite 2300
Chicago, IL 60606
Email: arome@grglegal.com; zmulcrone@grglegal.com

                                      /s/ Rakesh Khanna
                                        Rakesh Khanna