IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRUST BANK, N.A. | ) | |
| | ) | Case No. 21-cv-02576 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Judge Sara L. Ellis |
| | ) | |
| RUBEN YBARRA, YRY HOLDINGS, LLC | ) | Hon. Magistrate Judge Maria Valdez |
| and BOULDER HILL APARTMENTS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT**

NOW COME Defendants, Ruben Ybarra ("Ybarra"), YRY Holdings, LLC ("YRY") and Boulder Hill Apartments, LLC ("Boulder Hill") (collectively, "Defendants"), by their attorneys, Ariel Weissberg and Rakesh Khanna of the law office of Weissberg and Associates, Ltd, and Christopher V. Langone of Langone Law LLC, and as *Defendants' Motion for Extension of Time to Answer Complaint*, state as follows:

1. On May 12, 2021, Plaintiff, Centrust Bank, N.A. ("Plaintiff"), filed its Complaint to initiate the above-referenced case (DE 1) ("Complaint").

2. On July 22, 2021, Defendants filed their *Defendants' Combined Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* (DE 16) ("Motion to Dismiss").

3. On December 15, 2021, this Court entered an Order granting in part and denying in part, Defendants' Motion to Dismiss (DE 27).

4. Defendants are requesting through January 28, 2022, to answer the Complaint because substantial investigation must be made into the allegations contained in the Complaint.

1

5. Plaintiff will not be prejudiced in any manner if this Court grants Defendants until January 28, 2022, to answer the Complaint. On the other hand, the Defendants would be prejudiced if this Court did not grant the relief because the Defendants have meritorious defenses to the claims alleged in the Complaint.

6. On January 7, 2022, counsel for Defendants requested Plaintiff's consent to the extension sought by Defendants. Unfortunately, Plaintiff could not provide its consent presently, but might consent after the Motion is filed.

7. In light of the foregoing, this Court should grant the extension of time for Defendants to file their Answer in response to the Complaint.

WHEREFORE, Defendants, Ruben Ybarra, YRY Holdings, LLC and Boulder Hill Apartments, LLC, pray that this Court grant them an extension through and including January 28, 2022, to file their answer to Plaintiff's Complaint; and for such other and further relief as this Court deems just and proper.

**RUBEN YBARRA, YRY HOLDINGS, LLC AND BOULDER HILL APARTMENTS, LLC**, Defendants

By**:**   /s/ Ariel Weissberg
     One of their attorneys

Ariel Weissberg, Esq. (Attorney No. 03125591)
Rakesh Khanna, Esq. (Attorney No. 6243244)
564 W. Randolph St., 2nd Floor
Chicago, IL  60661
T. 312-663-0004
Email: ariel@weissberglaw.com
Email: rakesh@weissberglaw.com
Attorney No. 6243244

Christopher V. Langone, Esq. (Attorney No. 6211105)
Langone Law LLC
2275 Half Day Road Suite 346
Bannockburn, IL, 60015
Tel. 312-720-9191
Email Chris@LangoneLaw.com

## **CERTIFICATE OF SERVICE**

      I, Ariel Weissberg, certify that on January 7, 2022, I caused **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** to be filed electronically. Notice of these filings was sent to all parties registered with the court's CM/ECF electronic transmission system, including to the following parties:

Adam Brent Rome, Esq.
Zachary Mulcrone, Esq.
Greiman Rome & Griesmeyer LLC
205 West Randolph, Suite 2300
Chicago, IL 60606
Email: arome@grglegal.com; zmulcrone@grglegal.com

                              /s/ Ariel Weissberg
                                Ariel Weissberg