# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CENTRUST BANK, N.A. | ) | |
| | ) | Case No. 21-CV-02576 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Judge Sara L. Ellis |
| | ) | |
| RUBEN YBARRA, YRY HOLDINGS, LLC | ) | Hon. Magistrate Judge Maria Valdez |
| and BOULDER HILL APARTMENTS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, January 13, 2021, at 1:45 p.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Sara L. Ellis, or any Judge sitting in her stead, in Courtroom 1403 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and there and then present ***Defendants' Motion for Extension of Time to File Answer to Complaint***, a copy of which was previously served upon you and at which time you may appear if you so see fit.

Dated: January 7, 2022        **RUBEN YBARRA, YRY HOLDINGS, LLC AND BOULDER HILL APARTMENTS, LLC**, Defendants


                    By**:**    /s/ Ariel Weissberg
                        One of their attorneys


Ariel Weissberg, Esq. (Attorney No. 03125591)
Rakesh Khanna, Esq. (Attorney No. 6243244)
564 W. Randolph St., 2nd Floor
Chicago, IL  60661
T. 312-663-0004
Email: ariel@weissberglaw.com
Email: rakesh@weissberglaw.com
Attorney No. 6243244

1

Christopher V. Langone, Esq. (Attorney No. 6211105)
Langone Law LLC
2275 Half Day Road Suite 346
Bannockburn, IL, 60015
Tel. 312-720-9191
Email Chris@LangoneLaw.com

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, certify that on January 7, 2022, I caused ***Defendants' Motion for Extension of Time to File Answer to Complaint*** to be filed electronically. Notice of this filing was served electronically through the Court's CM/ECF Electronic Notice for Registrants on all persons identified as Registrants, including to the parties below:

Adam Brent Rome, Esq.
Zachary Mulcrone, Esq.
Greiman Rome & Griesmeyer LLC
205 West Randolph, Suite 2300
Chicago, IL 60606
Email: arome@grglegal.com; zmulcrone@grglegal.com


                              /s/ Ariel Weissberg
                                Ariel Weissberg