# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CENTRUST BANK, N.A., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 21-cv-2576 |
| RUBEN YBARRA, et al., | ) | Judge Sara L. Ellis |
| Defendants. | ) | |
| CNTRUST DEBT RECOVERY, et al., | ) | |
| Plaintiffs, | ) | Case No. 21-cv-2702 |
| RUBEN YBARRA, et al., | ) | Judge Sara L. Ellis |
| Defendants, | ) | |

## CENTRUST'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIMS AND THIRD-PARTY CLAIMS

Plaintiff, Centrust Bank, N.A. ("Centrust" or the "Bank"), for its Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Leave to File Counterclaims and Third-Party Claims, states as follows:

1. On August 9, 2022, the Court entered a Briefing Schedule on Defendants' Motion for Leave to File Counterclaims and Third-Party Claims (the "Briefing Schedule Order") (Dkt. #46).

2. In the Briefing Schedule, Plaintiff was to file its Response by September 6, 2022, with Defendants to file their Reply by September 20, 2022. (*Id.*)

3. Unforeseeable circumstances have arisen since the entry of the Briefing Schedule Order, and counsel seeks additional time to prepare an appropriate Response.

4. Plaintiff's counsel's colleague, Zachary Mulcrone, has been dealing with personal

and family health issues from August 19-28.

5. In addition, Mr. Mulcrone is out of town attending his sister's wedding, which is scheduled for September 3, 2022.

6. Plaintiff requests a two-week extension in which to file its Response to the Motion for Leave to File Counterclaims and Third-Party Claims and extend the Reply deadline by two weeks as well.

7. This is Plaintiff's first request for an extension of time and is not intended for the purpose of delay.

8. No party objects to the requested extension.

WHEREFORE, Plaintiff, Centrust Bank, N.A., respectfully requests that this Court enter and Order:

A. Granting all parties a two-week extension (through and including September 20, 2022) in which to file their Responses to the Motion for Leave to File Counterclaims and Third-Party Claims;

B. Granting Defendants through and including October 4, 2022 in which to file their Replies to the Motion for Leave to File Counterclaims and Third-Party Claims;

C. For such other and further relief as this Court deems equitable and just.

Dated: August 30, 2022

Respectfully submitted,

**CENTRUST BANK, N.A**.

 */s/ Adam B. Rome*
By: One of its Attorneys

Adam B. Rome (ARDC 62784341)
GREIMAN, ROME & GRIESMEYER, LLC
205 West Randolph St., Ste. 2300
Chicago, Illinois 60606
arome@grglegal.com
Telephone: (312) 428-2750

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, I electronically filed the foregoing *Notice of Motion and Motion for Extension of Time*, with the Clerk of the Court via the CM/ECF System, which will send notification of such filing to those registered to receive electronic notices via email transmission at the email addresses provided by them including:

| | |
|---|---|
| Christopher V. Langone<br>PO Box 5084<br>Skokie, IL 60077<br>LangoneLaw@gmail.com | Rakesh Khanna<br>Ariel Weissberg<br>Weissberg & Associates<br>564 W. Randolph St., 2nd Floor<br>Chicago, IL 60661<br>rakesh@weissberglaw.com<br>ariel@weissberglaw.com |

I further certify that I sent the foregoing to those individuals listed below via email transmission at the email address listed before 5:00 p.m. on August 30, 2022 from 205 W. Randolph St., Chicago, IL 60606:

William Factor
Factor Law
105 W. Madison St., #1500
Chicago, IL 60602
wfactor@wfactorlaw.com

                                              */s/ Adam B. Rome*
                                              Adam B. Rome (ARDC 62784341)
                                              GREIMAN, ROME & GRIESMEYER, LLC
                                              205 West Randolph St., Ste. 2300
                                              Chicago, Illinois 60606
                                              arome@grglegal.com
                                              Telephone: (312) 428-2750