**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRUST BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-2576 |
| | ) | |
| v. | ) | Case No. 21-cv-2702 |
| | ) | |
| RUBEN YBARRA, et al., | ) | Judge Sara L. Ellis |
| | ) | |
| Defendants. | ) | |

<u>**CENTRUST'S SECOND "PUTATIVE" JOINT DISCOVERY**</u>
<u>**MOTION TO COMPEL DISCOVERY RESPONSES**</u>

Plaintiff, Centrust Bank, N.A. ("Centrust" or the "Bank"), and Defendants, Ruben Ybarra

("Ybarra"), YRY Holdings, LLC ("YRY"), and Boulder Hill Apartments, LLC ("BHA"), for their

second "putative" joint discovery motion regarding Centrust's discovery requests (the "Motion"),

state as follows:

A. <u>**PARTIES' COMPLIANCE WITH LOCAL RULE 37.2**</u>

1.      On August 18, 2022, counsel for the Plaintiff delivered a Rule 37(a)(1) letter to

Defendants' counsel. (*See,* <u>**Ex. A**</u>). On August 19, 2022, Defendants' counsel responded to the

Rule 37(a)(1) correspondence indicating that he would respond to the letter next week. (*See,* <u>**Ex.**</u>

<u>**B**</u>). On August 29, 2022, Plaintiff's counsel sent a follow up letter to Defendants' counsel

requesting a response. (*See,* <u>**Ex. C**</u>). Plaintiff's counsel never heard back from Defendants'

counsel. On August 30, 2022, counsel for Plaintiff spoke briefly with counsel for the Defendants,

and during this conversation, Defendants' counsel told Plaintiff's counsel that he would call him

tomorrow, *i.e.,* on August 31, 2022. Defendants' counsel never called.

2.      On September 7, 2022, Plaintiff's counsel emailed a draft copy of the proposed

joint motion to Defendant's counsel requesting him to respond on or before September 9, 2022.

(*See,* **Ex. D**). Thereafter, on September 9, 2022, counsel for the Defendants sent an email to Plaintiff's counsel indicating that he would reply to the Motion to Compel by Monday, September 12, 2022. (*See,* **Ex. E**). Defendants failed to respond, contact or otherwise participate in this Motion.

3.      The parties' disputes relate to Defendants': (i) privilege log, and (ii) production responses. As the Court is aware based on Plaintiff's first Motion to Compel, written discovery was propounded and issued upon the Defendants on February 11, 2022. The Defendants' responses were originally due on March 14, 2022. On July 6, 2022, this Court entered an Order requiring Defendants to revise their respective document responses, and to revise their privilege log on or before July 21, 2022. As of the current date, the Defendants' document production remains incomplete, and their "omnibus" privilege log is insufficient and improper.

### B.    D<small>EFENDANTS</small>' P<small>RODUCTION</small> R<small>EQUESTS</small> A<small>RE</small> I<small>NADEQUATE</small>

4.      None of the Defendants have produced **_any_** emails despite repeatedly **_directly_** referring to emails in their responses. Specifically, Defendants directs Plaintiff to, "Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of email sent to or from Ariel Weissberg, too numerous to list here and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. (*See,* **Ex. F**, Ybarra Resp. ¶s 3-11, 13, 18-33, 40-42, 51.); (*See,* **Ex. G**, *BHA's* Resp. ¶s 3-11, 13-15, 18-23, 32, 33, 36, 41, 42.); (*See,* **Ex. H**, *YRY's* Resp. ¶s 3-11, 13, 18, 20-24, 26-33, 40-42, 51.)   No emails have been produced.

5.      In addition, Defendants have not produced **_any_** emails despite repeatedly **_indirectly_** referring to emails in their responses. (*See,* **Ex. F**, Ybarra Resp. ¶s 1, 2 12, 14-17, 37, 38, 52. 53.);

(*See,* **Ex. G**, *BHA's* Resp. ¶s 3-11, 13-15, 18-23, 32, 33, 36, 41, 42.); (*See,* **Ex. H**, *YRY's* Resp. ¶ 3-11, 13, 18, 20-24, 26-33, 40-42, 51.)  No emails have been produced.)

6.      Under Rule 34, a respondent's production must be "completed no later than the time for inspection specified in the request or another reasonable time specified in the response." Fed. R. Civ. P. 34(b)(2)(B).  In its responses, a respondent must "state whether any responsive materials are being withheld on the basis of [an] objection."  Fed. R. Civ. P. 34(b)(2)(C).  In this way, "Rule 34 guarantees that the requesting party will receive, concurrently with the response, all documents reasonably available."  *Novelty, Inc. v. Mountain View Mktg., Inc.*, 265 F.R.D. 370, 375–76 (S.D. Ind. 2009).  "Unilaterally deciding to conduct a cursory initial search to be followed by 'rolling' productions from subsequent, more thorough, searches is not an acceptable option." *Id.; accord Ass'n of Am. Physicians & Surgeons, Inc. v. Clinton,* 837 F. Supp. 454, 457 (D.D.C. 1993) (holding a respondent cannot "produce dribbles and drabs of information at its convenience").

## C.    DEFENDANTS' PRIVILEGE LOG IS INADEQUATE

7.      The defendants' "omnibus" privilege log is improper.  It is impossible to determine which Defendant is claiming a privilege to each entry.  Plaintiff has asked Defendants to provide a privilege log for each individual defendant or indicate in the privilege log which defendant is actually claiming the privilege.  (*See,* **Ex. I**, Defendants Omnibus Privilege Log.)

8.      Moreover, the Defendants repeatedly object to Plaintiff's requests based on the attorney-client privilege and work product doctrine.  Yet the Defendants have failed to support their claims with an adequate privilege log.  The log provided is deficient for numerous reasons, including:

- It does not describe the documents being withheld in sufficient detail to permit Plaintiff to assess whether they are truly privileged or protected by the work

product doctrine. For example, the log does not identify the authors, recipients, or indicate the basis to assert a privilege to certain attachments. To be clear, lists of email addresses are ***not*** an adequate substitute for the disclosure of authors and recipients. *Id.*

- The log reveals most of the documents being withheld cannot possibly be privileged because they were exchanged among Ybarra and individuals that never served as his attorney, *e.g.,* Gregory Stern, Michael Gotkin, Edward Malone, Michael Tannen, and several non-attorneys. *Id.*

9.     The log readily acknowledges several of the documents being withheld on privilege grounds are either "not privileged" or merely related to "settlement." As this Court has previously instructed such documents are discoverable and should be produced.

10.     In addition, Defendants again improperly grouped emails in their log over multiple days. Plaintiff requests that Defendants separate these entries per the Court's previous directive, and also indicate whether the emails listed in the log are single emails or grouped together as well. Defendants' privilege log does not claim a privilege to any of the attachments to the various emails. Plaintiff requests that Defendants turnover all attachments to the various emails.

11.     Courts have consistently held Rule 26(b)(5)(A) requires the party asserting a privilege to provide a log that: (a) separately lists each document withheld from discovery on privilege grounds; and (b) provides sufficient detail for each listed document to permit other parties to assess the claim of privilege. *See, e.g., Murdock v. City of Chicago*, 2021 WL 4523206, at *5 (N.D. Ill. Oct. 4, 2021). In other words, "[a] claim of privilege cannot be a blanket claim but must be made and established on a document-by-document basis." *Coltec Indus., Inc. v. Am. Motorists Ins. Co.,* 197 F.R.D. 368, 370–71 (N.D. Ill. 2000). To comply with Rule 26(b)(5)(A), a privilege log must establish each element of each privilege for each document. *See, e.g., id.* (holding "[w]e stress that each of these elements must be established as to each document, as the mere existence of an attorney-client relationship is not sufficient to cloak all communications with the privilege").

4

**D<small>EFENDANTS</small> R<small>ESPONSE</small>**

Dated:  September 14, 2022

Respectfully submitted,

**CENTRUST BANK, N.A**.                                        **DEFENDANTS**

*/s/  Adam B. Rome*                                           _____
By:  One of its Attorneys                                     By: One of their Attorneys

Adam B. Rome (ARDC 62784341)
G<small>REIMAN</small>, R<small>OME</small> & G<small>RIESMEYER</small>, LLC
205 West Randolph St., Ste. 2300
Chicago, Illinois  60606
arome@grglegal.com
Telephone: (312) 428-2750

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, I electronically filed the foregoing ***Second "Putative" Joint Discovery Motion to Compel Discovery Responses***, with the Clerk of the Court via the CM/ECF System, which will send notification of such filing to those registered to receive electronic notices via email transmission at the email addresses provided by them including:

Christopher V. Langone
PO Box 5084
Skokie, IL 60077
LangoneLaw@gmail.com

Rakesh Khanna
Ariel Weissberg
Weissberg & Associates
564 W. Randolph St., 2nd Floor
Chicago, IL 60661
rakesh@weissberglaw.com
ariel@weissberglaw.com

I further certify that I sent the foregoing to those individuals listed below via email transmission at the email address listed before 5:00 p.m. on September 14, 2022 from 205 W. Randolph St., Chicago, IL 60606:

William Factor
Factor Law
105 W. Madison St., #1500
Chicago, IL 60602
wfactor@wfactorlaw.com

_____/s/  Adam B. Rome_____
Adam B. Rome (ARDC 62784341)
GREIMAN, ROME & GRIESMEYER, LLC
205 West Randolph St., Ste. 2300
Chicago, Illinois  60606
arome@grglegal.com
Telephone: (312) 428-2750

# EXHIBIT A



## GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

205 West Randolph Street
Suite 2300 | Chicago, IL 60606
Office: (312) 428-2750
Fax: (312) 332-2781
www.grglegal.com

**Adam B. Rome**
(312) 428-2740
arome@grglegal.com

August 18, 2022

**VIA ELECTRONIC MAIL**

Christopher V. Langone
PO Box 5084
Skokie, Illinois 60077
LangoneLaw@gmail.com

Ariel Weissberg, Esq.
Rakesh Khanna
Weissberg and Associates, Ltd.
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
ariel@weissberglaw.com

**RE: Centrust Bank, N.A. ("Centrust"), v. Ybarra, et al., Case No. 21-CV-2576**

Dear Counsel:

This letter is written pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure. Written discovery was propounded and issued upon the defendants on February 11, 2022. The defendants' responses were originally due on March 14, 2022. On July 6, 2022, the Honorable Sara L. Ellis ordered your clients to revise their respective responses to Plaintiff's document requests, and to revise its privilege log on or before July 21, 2022. As of the current date, the defendants' document production remains incomplete, and their "omnibus" privilege log is insufficient and improper.

As things currently stand, the defendants' written discovery responses are still deficient for numerous reasons, including:

**PRODUCTION RESPONSES:**

1. Ruben Ybarra ("Ybarra") has not produced ***any*** emails despite repeatedly ***directly*** referring to emails in his responses. Specifically, Ybarra directs Plaintiff to, "Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of email sent to or from Ariel Weissberg, too numerous to list here and, (d) a group of emails received to or from Ariels Weissberg, too numerous to list here. *See,* Ybarra Resp. ¶s 3-11, 13, 18-33, 40-42, 51. No emails have been produced.

2. In addition, Ybarra has not produced ***any*** emails despite repeatedly ***indirectly*** referring to emails in his responses. *See,* Ybarra Resp. ¶s 1, 2 12, 14-17, 37, 38, 52. 53. No emails have been produced.

3.    Boulder Hill Apartments, LLC ("BHA") has not produced *__any__* emails despite repeatedly *__directly__* referring to emails in its responses. Specifically, BHA contends that, "the Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of email sent to or from Ariel Weissberg, too numerous to list here and, (d) a group of emails received to or from Ariels Weissberg, too numerous to list here. *See, BHA's* Resp. ¶s 3-11, 13-15, 18-23, 32, 33, 36, 41, 42. No emails have been produced.

4.    In addition, BHA has not produced *__any__* emails despite repeatedly *__indirectly__* referring to emails in his responses. *See,* BHA Resp. ¶s 1, 2, 12, 16, 17, 24, 26-31, 37. No emails have been produced.

5.    YRY Holdings, LLC ("YRY") has not produced *__any__* emails despite repeatedly *__directly__* referring to emails in its responses. Specifically, YRY contends that, "the Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of email sent to or from Ariel Weissberg, too numerous to list here and, (d) a group of emails received to or from Ariels Weissberg, too numerous to list here. *See, YRY's* Resp. ¶s 3-11, 13, 18, 20-24, 26-33, 40-42, 51. No emails have been produced.

6.    In addition, YRY has not produced *__any__* emails despite repeatedly *__indirectly__* referring to emails in his responses. *See,* BHA Resp. ¶s 1, 2, 12, 14-17, 19, 37. No emails have been produced.

## PRIVILEGE LOG:

7.    The defendants' "omnibus" privilege log is improper. It is impossible to determine which defendant is claiming a privilege to each entry. Please provide a privilege log for each individual defendant or indicate in the privilege log which defendant is actually claiming the privilege.

8.    The defendants repeatedly object to Plaintiff's requests based on the attorney-client privilege and work product doctrine. Yet the defendants have failed to support their claims with an adequate privilege log. The log provided is deficient for numerous reasons, including:

    a.    It does not describe the documents being withheld in sufficient detail to permit Plaintiff to assess whether they are truly privileged or protected by the work product doctrine. For example, the log does not identify the authors, recipients, or indicate the basis to assert a privilege to certain attachments. To be clear, lists of email addresses are *__not__* an adequate substitute for the disclosure of authors and recipients.

    b.    The log reveals most of the documents being withheld cannot possibly be privileged because they were exchanged among Ybarra and individuals that never served as his attorney, *e.g.,* Gregory Stern, Michael Gotkin, Edward Malone, Michael Tannen, and several non-attorneys.

9.    The log readily acknowledges several of the documents being withheld on privilege grounds are either "not privileged" or merely related to "settlement." As the Court has instructed such documents are discoverable and should be produced immediately.

August 18, 2022
Page 3

10.     Defendants improperly grouped emails in its log over multiple days. Please separate these entries per the Court's directive, and also indicate whether the emails listed in the log are single emails or grouped together as well.

11.     Defendants' privilege log does not claim a privilege to any of the attachments to the various emails. Please turnover all attachments to the various emails immediately.

This letter shall serve as Centrust's formal attempt to confer in good faith to obtain compliance with its written discovery requests without seeking court intervention. Please let me know by the end of the day tomorrow when Plaintiff should expect to receive full compliance with its discovery requests.

We look forward to hearing from you.

Very truly yours,

Adam B. Rome

cc: William Factor (via-email only)

# EXHIBIT B

## Adam Rome

| | |
|---|---|
| **From:** | Ariel Weissberg <ariel@weissberglaw.com> |
| **Sent:** | Friday, August 19, 2022 4:40 PM |
| **To:** | April Bernath; LangoneLaw@gmail.com |
| **Cc:** | Adam Rome; wfactor@factorlaw.com |
| **Subject:** | RE: Centrust Bank, N.A. vs. Ybarra, et al./No. 21-cv-2576 |

Mr. Rome, I am reviewing your letter, and I will advise you by next week.


Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004
F. 312-663-1514
E. ariel@weissberglaw.com
VCard | Email | http://www.weissberglaw.com

CONFIDENTIALITY NOTE: This e-mail and any attached files are confidential and are intended solely for the use of the individual or entity to who they are addressed. This communication may contain information protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this communication is prohibited. If you received this transmission in error, please contact the sender, by electronic mail or telephone at (312)663-0004, and delete the material from your computer without making any copies. Neither this information block, the typed name of the sender, nor anything else in this message, is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. Any communication by e-mail to or from a client of Weissberg and Associates, Ltd. is subject to attorney-client privilege.


CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, any tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party the matter or transaction addressed herein.

# EXHIBIT C

**Adam Rome**

| | |
|---|---|
| **From:** | Adam Rome |
| **Sent:** | Monday, August 29, 2022 1:11 PM |
| **To:** | Ariel Weissberg; April Bernath; LangoneLaw@gmail.com |
| **Cc:** | wfactor@factorlaw.com |
| **Subject:** | Centrust Bank, N.A. vs. Ybarra, et al./No. 21-cv-2576 |

Ariel,

It has now been 11 days, and we have not substantively heard back from you regarding our August 18, 2022 letter. If we do not substantively hear back from you by Wednesday, August 31, 2022, we will have no choice but to file a Motion with the Court.

We look forward to hearing from you.

Adam



**GREIMAN, ROME & GRIESMEYER, LLC**
business advisors. litigation professionals.

**Adam B. Rome**
205 West Randolph Street, Suite 2300
Chicago, Illinois 60606
Direct: (312)428-2740
Fax: (312)332-2781
Cell: (847)373-7663
arome@grglegal.com
www.grglegal.com

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

# EXHIBIT D

**April Bernath**

| | |
|---|---|
| **From:** | Adam Rome |
| **Sent:** | Wednesday, September 7, 2022 3:44 PM |
| **To:** | Ariel Weissberg |
| **Cc:** | William J. Factor (wfactor@wfactorlaw.com); April Bernath; Zachary Mulcrone |
| **Subject:** | Joint Motion to Compel |
| **Attachments:** | Joint Discovery-9.7.22.docx |

Ariel,

Please supply the Court with the Defendants' response to the Parties' Joint Motion to Compel by the end of the week.

Thanks in advance – Adam



**GREIMAN, ROME & GRIESMEYER, LLC**
business advisors. litigation professionals.

**Adam B. Rome**
205 West Randolph Street, Suite 2300
Chicago, Illinois 60606
Direct: (312)428-2740
Fax: (312)332-2781
Cell: (847)373-7663
arome@grglegal.com
www.grglegal.com

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

# EXHIBIT E

## Adam Rome

| | |
|---|---|
| **From:** | Ariel Weissberg <ariel@weissberglaw.com> |
| **Sent:** | Friday, September 9, 2022 4:58 PM |
| **To:** | Adam Rome |
| **Cc:** | April Bernath |
| **Subject:** | RE: Draft Order |

I cannot reply to the proposed Motion to Compel until Monday.

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004
F. 312-663-1514
E. ariel@weissberglaw.com
VCard | Email | http://www.weissberglaw.com

CONFIDENTIALITY NOTE: This e-mail and any attached files are confidential and are intended solely for the use of the individual or entity to who they are addressed. This communication may contain information protected by the attorney-client privilege or other privileges. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this communication is prohibited. If you received this transmission in error, please contact the sender, by electronic mail or telephone at (312)663-0004, and delete the material from your computer without making any copies. Neither this information block, the typed name of the sender, nor anything else in this message, is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.  Any communication by e-mail to or from a client of Weissberg and Associates, Ltd. is subject to attorney-client privilege.

CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, any tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party the matter or transaction addressed herein.

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRUST BANK, N.A, | ) | |
| | ) | Case No. 21-cv-02576 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Judge Sara L. Ellis |
| | ) | |
| RUBEN YBARRA, YRY HOLDINGS, | ) | Hon. Magistrate Judge Maria Valdez |
| LLC and BOULDER HILL | ) | |
| APARTMENTS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, RUBEN YBARRA'S SECOND AMENDED ANSWER TO PLAINTIFF'S
FIRST DOCUMENT REQUESTS.**

NOW COMES Defendant, Ruben Ybarra ("Defendant"), by his attorneys, Ariel Weissberg

and Rakesh Khanna of the law office of Weissberg and Associates, Ltd, and Christopher V.

Langone of Langone Law LLC, and as *Defendant, Ruben Ybarra's Second Amended Answer to*

*Plaintiff's First Document Requests,* states as follows:

**GENERAL OBJECTIONS**

1.      The Defendant objects to each request to the extent that it calls for the disclosure

of documents, communications, or information protected by the attorney-client privilege, the

attorney work product doctrine, or any other applicable privilege or doctrine, or to the extent that

it seeks the disclosure of information or documents that each Plaintiff is required to maintain in

confidence pursuant to an agreement with a third party, or otherwise is protected under the law

from disclosure. The inadvertent production of information or documents subject to any claim of

privilege or the work-product doctrine shall not be deemed a waiver of any claim of privilege or

the work-product doctrine as to such document or the subject matter thereof, and each Defendant

hereby asserts the right to demand the return of any and all copies of any such document(s)

1

inadvertently produced in this proceeding.

2.      The Defendant reserves all evidentiary objections, including relevancy and materiality, and its answers, and any production or identification of documents included in those answers, shall neither waive nor prejudice any objections each Defendant may herein or later assert, including, inter alia, objections as to the admissibility of any documents or category of documents at trial.

## ANSWERS TO REQUESTS TO PRODUCE

1. All Documents reviewed or used in connection with responding to these Discovery Requests.

**ANSWER:  The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 1.**

2. All Documents You intend to use or introduce at the trial of the Case.

**ANSWER:  The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 2, subject to Defendant's right supplement or not to introduce into evidence, at any hearing or trial, any particular document.**

3. All Documents Related To any contention, by You or any other Person, that PTCV was not going to seek a ruling on the Motion for Judicial Determination.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order**

**regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

4. All Documents Related To any contention, by You or any other Person, that PTCV was going to seek a ruling from Judge Heneghan on the Motion for Judicial Determination.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated**

**05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

5. All Documents Related To any contention, by You or any other Person, that PTCV was not going to seek a ruling from Judge Heneghan on the Motion for Judicial Determination.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," "Stamped Orders" and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-**

2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

6. All Documents Related to Plaintiff's and Markoff Law's Memorandum of Subpoena Respondents Regarding Motion for Sanctions Against PTCV, Judgment Debtor and Adverse Claimants.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Subpoenas," "Judicial Determination," "Time Lines," "Sanction Motion Documents," "Emails" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated**

11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

7. All Documents Related to the December 8, 2020, motion filed by CNTRST Debt Recovery and others that was captioned "Subpoena Respondents' Motion for Protective Order

and/or to Quash Subpoena."

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Subpoenas," "Judicial Determination," "Time Lines," "Sanction Motion Documents," "Emails" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order**

Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST,

dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.

8. All Documents Related to the April 2, 2021, motion filed by CNTRST Debt Recovery and others in the State Court Case that was captioned "Motion for Rule 219 Sanctions for Abusive Subpoenas."

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Subpoenas," "Judicial Determination," "Time Lines," "Sanction Motion Documents," "Emails" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust**

Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Sanction Motion Documents" include: (a) Centrust Motion for Sanctions, dated 04-02-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.

9. All Documents concerning the issues described in CNTRST Debt Recovery's April 2, 2021 "Motion for Rule 219 Sanctions for Abusive Subpoenas" in the State Court Case.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Subpoenas," "Judicial Determination," "Time Lines," "Sanction Motion Documents," "Emails" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Discovery to Centrust" include:

(a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated

06-30-2020. The Responsive Documents tendered under the heading "Sanction Motion Documents" include: (a) Centrust Motion for Sanctions, dated 04-02-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.

10. All Documents Related to the Order entered in the State Court Case on May 4, 2021.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Subpoenas," "Judicial Determination," "Time Lines," "Sanction Motion Documents," "Emails" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e)

14

Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Sanction Motion Documents" include: (a) Centrust Motion for Sanctions, dated 04-02-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails

**received to or from Ariel Weissberg, too numerous to list here. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.**

11. All Documents Related to the Agreed Order entered in the State Court Case on May 20, 2020.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Subpoenas," "Judicial Determination," "Time Lines," "Sanction Motion Documents," "Emails" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust**

Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Sanction Motion Documents" include: (a) Centrust Motion for Sanctions, dated 04-02-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement

**between YRY and the Shayrin Parties, dated 04-24-2015.**

12. All Documents to or from any entity other than Ariel Weissberg or Chris Langone (or their firms) that Refer To, discuss or mention the filing of the Complaint in this case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Emails" and Documents regarding Preservation.**

13. All Documents Related To PTCV.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

14. All Documents sent to Tannen.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings: Stamped Orders; Emails; Documents Produced in response to Citations Served on Ruben Ybarra; Boulder Hill Refinance; Ybarra Dropbox Documents; and Package to Michael Tannen.**

15. All Documents received from Tannen.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 15.**

16. All Documents sent to Ariel Weissberg, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 16.**

17. All Documents received from Ariel Weissberg, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings: Stamped Orders; Emails; Documents Produced in response to Citations Served on Ruben Ybarra; Boulder Hill Refinance; Ybarra Dropbox Documents; and Package to Michael Tannen.**

18. All Documents sent to Michael Gotkin, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Submissions Regarding Discovery," "ABS**

Documents," "Stamped Orders," "Discovery Tendered by Michael Tannen" and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Submissions Regarding Discovery" include: (a) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (b) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (c) YRY and Boulder Hill's Reply to Amended Submissions to Adjudicate Adverse Claims, dated 04-15-2020; and, (d) Order granting leave to issue discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS;

and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing

date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. **The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

19. All Documents received from Michael Gotkin, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the "Emails." The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

20. All Documents sent to Gregory Stern or Monica O'Brien, including any person in their law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," and**

**"Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

21. All Documents received from Gregory Stern or Monica O'Brien, including any person in their law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

22. All Documents sent to ABS.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set**

forth in the Document Catalogue under the headings "ABS Documents," and "Emails." The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

23. All Documents received from ABS.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "ABS Documents," and "Emails." The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

24. All Documents sent to Dennis Feinberg, or any Person in his law office.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v. Centrust Bank," "Submissions Regarding Discovery," "ABS

Documents," "Stamped Orders," "Discovery Tendered by Michael Tannen" and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Submissions Regarding Discovery" include: (a) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (b) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (c) YRY and Boulder Hill's Reply to Amended Submissions to Adjudicate Adverse Claims, dated 04-15-2020; and, (d) Order granting leave to issue discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS;

and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing

date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. **The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

25. All Documents received from Dennis Feinberg, or any Person in his law office.

**<u>ANSWER:</u> The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust, "Motion to Compel v Centrust Bank," "Submissions Regarding Discovery," "ABS Documents," "Stamped Orders," "Discovery Tendered by Michael Tannen" and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to**

Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Submissions Regarding Discovery" include: (a) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (b) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (c) YRY and Boulder Hill's Reply to Amended Submissions to Adjudicate Adverse Claims, dated 04-15-2020; and, (d) Order granting leave to issue discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated

11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too

numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

26. All Documents sent to Edward Malone or any other lawyer in his firm.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust, "Motion to Compel v Centrust Bank," "T2 Capital Management Documents," "Stamped Orders," "Timelines," "T2 Refinance," and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019;

(b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Stamped Orders" include: (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production

and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Timelines" include: (a) Centrust Preliminary Timeline, dated 05-27-2020; (b) an undated First Preliminary Timeline; (c) an undated First Amended Preliminary Timeline; (d) Second Amended Preliminary Timeline, dated 07-17-2020; (e) Third Amended Preliminary Timeline, dated 07-27-2020; and, (f) Fourth Amended Preliminary Timeline dated 08-25-2020. The Responsive Documents tendered under the heading "T2 Refinance" include: (a) Recorded First Amendment to Mortgage of T2, dated 08-10-2021; (b) UCC Financing Statement Amendment, dated 08-11-2021; and, (c) Quit Claim Deed, dated 05-03-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

27. All Documents received from Edward Malone or any lawyer in his firm.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents," "T2 Refinance," and "Emails." The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2

Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Stamped Orders" include: The Responsive Documents tendered under the heading "T2 Refinance" include: (a) Recorded First Amendment to Mortgage of T2, dated 08-10-2021; (b) UCC Financing Statement Amendment, dated 08-11-2021; and, (c) Quit Claim Deed, dated 05-03-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

28. All Documents sent to T2 Boulder Hill Montgomery LLC.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents," "T2 Refinance," and "Emails." The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Stamped Orders" include: The Responsive Documents tendered under the heading "T2 Refinance" include: (a) Recorded First Amendment to Mortgage of T2, dated 08-10-2021; (b) UCC Financing Statement Amendment, dated 08-11-2021; and, (c) Quit Claim Deed, dated 05-03-2021. The Responsive**

**Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

29. All Documents received from T2 Boulder Hill Montgomery LLC.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents," "Boulder Hill Apartments," "T2 Refinance" and "Emails." The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Boulder Hill Apartments" include: (a) Boulder Hill Operating Agreement, dated 05-20-2015; (b) Loan Agreement with T2 Boulder Hill, dated June, 2018; (c) Mortgage, Assignment of Leases, Security Agreement, dated 06-11-2018; (d) Promissory Note, date June, 2018; (e) YRY Guaranty, dated June, 2018; (f) Escrow Disbursement Statement, dated 06-11-2018; and, (g) Payoff Letter, dated 06-06-2018. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from**

**Ariel Weissberg, too numerous to list here.**

30. All Documents sent to Eric Ferleger or any business that he provided services to.

**<u>ANSWER:</u>  The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Subpoenas," "Discovery Tendered by Michael Tannen," and "Emails"—including Subpoena to Eric Ferleger, dated 02-19-2021. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: an undated Subpoena Rider to Eric Ferleger. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

31. All Documents received from Eric Ferleger or any business that he provided services to.

**<u>ANSWER:</u> The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Emails." The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

32. All Documents sent to Alan Redzic, Tia Brasniac, or Real Realty.

**<u>ANSWER:</u> The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Real Realty Documents,"**

"Subpoenas," "Discovery Tendered by Michael Tannen," and "Emails." The Responsive Documents tendered under the heading "Real Realty Documents" include: (a) Real Realty Notice of Adverse Claim, dated 09-22-2018; (b) Real Realty Amended Notice of Adverse Claims with Exhibits, dated 09-24-2018; (c) Memorandum Decision on Centrust Motion to Compel, dated 07-24-2018; (d) Boulder Hill Management Agreement, dated 05-29-2015; (e) Subordination of Management Agreement, dated June, 2018; and, (f) Real Realty Response to Citation, dated 09-14-2018. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group

of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

33. All Documents received from Alan Redzic, Tia Brasniac, or Real Realty.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Real Realty Documents," "Discovery Tendered by Michael Tannen," and "Emails." The Responsive Documents tendered under the heading "Real Realty Documents" include: (a) Real Realty Notice of Adverse Claim, dated 09-22-2018; (b) Real Realty Amended Notice of Adverse Claims with Exhibits, dated 09-24-2018; (c) Memorandum Decision on Centrust Motion to Compel, dated 07-24-2018; (d) Boulder Hill Management Agreement, dated 05-29-2015; (e) Subordination of Management Agreement, dated June, 2018; and, (f) Real Realty Response to Citation, dated 09-14-2018. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

34. All Documents, including monthly or annual statements, from 2015 to the present, Related To a financial account in the name of any of the Defendants.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Financial Documents" and "Discovery Tendered by Michael Tannen." The Responsive Documents tendered under the heading "Financial Documents" include: (a) a group of documents labeled Production 01 201902 of various dates; and, (b) a group of documents labeled

**Production 02 201902 of various dates.**

35. All of Your Tax Returns from 2010 to the present, including the tax returns of any affiliate or entity in which You have an interest.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Tax Returns." The Responsive Documents tendered under the heading "Tax Returns" include the personal tax returns of Ruben Ybarra.**

36. All Documents related to the management of BHA.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Real Realty Documents." Responsive Documents tendered under the heading "Real Realty Documents" include: (a) Real Realty Notice of Adverse Claim, dated 09-22-2018; (b) Real Realty Amended Notice of Adverse Claims with Exhibits, dated 09-24-2018; (c) Memorandum Decision on Centrust Motion to Compel, dated 07-24-2018; (d) Boulder Hill Management Agreement, dated 05-29-2015; (e) Subordination of Management Agreement, dated June, 2018; and, (f) Real Realty Response to Citation, dated 09-14-2018..**

37. All Documents Related to the State Court Case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 37.**

38. All Documents Related To or filed in litigation where Boulder Hill Condominium Association is a party, including, but not limited to, the case captioned Boulder Hill Condominium Association v. Terry Scarbeary.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Boulder Hill-Scarbeary Documents." The Responsive Documents tendered under the heading "Boulder Hill-Scarbeary Documents" include: (a) Alta Commitment-32 Rockey Way, Unit 8, dated 07-09-2018; (b) Certification of Leases, dated 06-07-2018; (c) Alta Statmenet, dated 06-11-2018; and, (d) List of Remaining Units, dated 07-18-2018.**

39. All Documents and or drafts Relating To any draft complaint against Centrust.

**ANSWER:** There are no such documents responsive to this request. .

40. All Documents sent to PTCV or received from PTCV or any person or entity owning a direct or indirect interest in PTCV.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

41. All Documents relating to the prosecution or defense of the Motion for Judicial Determination in the State Court Case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set**

forth in the Document Catalogue under the headings "Judicial Determination" and "Emails." Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

42. All emails referring to PTCV in the subject line or the body of the email.

**ANSWER:** A list of the Documents contained in the Dropbox's are set forth in the Document Catalogue under the heading "Emails." The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

43. All Documents relating payment of the legal fees of PTCV or related to the formation, registration or operation of PTCV.

**ANSWER:** There are no such documents responsive to this request.

44. All checks, wire transfers, or other financial or bank records relating to payments or

other financial transactions intended to be sent to or actually sent to ABS.

**ANSWER:  There are no such documents responsive to this request.**

45. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to PTCV.

**ANSWER: There are no such documents responsive to this request.**

46. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to ABS.

**ANSWER:  There are no such documents responsive to this request.**

47. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Tannen.

**ANSWER: There are no such documents responsive to this request.**

48. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Gregory K. Stern and/or his law firm.

**ANSWER:  There are no such documents responsive to this request.**

49. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Ariel Weissberg and/or his law firm.

**ANSWER:  There are no such documents responsive to this request.**

50. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Michael S. Gotkin and/or his law firm.

**ANSWER: There are no such documents responsive to this request.**

51. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Edward Malone and/or his law firm.

**ANSWER:** **There are no such documents responsive to this request.**

52. All Documents concerning Your interest in each and every company, corporation, limited-liability company, partnership, trust, or other entity in which You hold any direct or indirect ownership, management, membership, or beneficiary interest.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Tax Returns," "Financial Documents," "Emails," "Documents Produced in Response to Citations to Ruben Ybarra," and "Ybarra Dropbox Documents." The Responsive Documents tendered under the heading "Financial Documents" include: (a) a group of documents labeled Production 01 201902 of various dates; and, (b) a group of documents labeled Production 02 201902 of various dates. The Responsive Documents tendered under the heading "Documents Produced in Response to Citations to Ruben Ybarra' include: (a) Variously dated documents labeled Kingston and Bates stamped 000001 through 001475; (b) Variously dated documents labeled Kingston and Bates stamped 000092.1 through 000869.1; (c) Variously dated documents labeled UNB and Bates stamped 000001 through 000217; (d) Variously dated documents labeled YBY and Bates stamped 000001 through 000525; (e) Variously dated documents labeled YY and Bates stamped 000001 through 000222; (f) Variously dated documents labeled YY and Bates stamped 000001.1 through 000134.1; (g) an undated Citation Notice to Yolanda Ybarra; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (i) Discovery Compliance**

Order, dated 06-06-2018; and, (j) Third-Party Citation to YRY, dated 10-13-2017. The Responsive Documents tendered under the heading "Ybarra Dropbox Documents" include: (a) Variously dated appraisals for various properties; (b) Variously dated Boulder Hill Apartment, LLC corporate documents; (c) Variously dated notice of code violations for Boulder Hill property; (d) Variously dated capital improvement accountings for Boulder Hill property; (e) Variously dated Condominium Declarations; (f) Variously dated income and expense accountings; (g) Insurance policy dated 05-05-2020; (h) Lease executed by Tenant-Kahn, dated 05-20-2014; (i) Management Contract, dated 05-29-2015; (j) Offering Memorandum, dated 07-13-2016; (k) Various photographs of building assets; (l) Property condition Assessment and Phase I report, dated 05-10-2014; (m) Survey of Boulder Hill property, dated 07-17-2017; and, (n) Various title documents. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.

53. All Documents concerning Yolanda's interest in each and every company, corporation, limited-liability company, partnership, trust, or other entity in which Yolanda holds any direct or indirect ownership, management, membership, or beneficiary interest.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Package from Michael Tannen," "Tax Returns," "Financial Documents," "Emails," "Documents Produced in Response to Citations to Ruben Ybarra," and "Ybarra Dropbox Documents." The**

Responsive Documents tendered under the heading "Tax Returns" include: (a) Boulder 2011, LLC 2011 Tax Returns, dated 09-12-2012; (b) Boulder 2011, LLC, 2012 Tax Returns, dated 03-22-2013; (c) Boulder 2011, LLC 2013 Tax Returns, dated 06-20-2014; (d) Boulder 2011, LLC 2014 Tax Returns, dated 05-28-2015; (e) Boulder 2011, LLC 2015 Tax Returns, dated 06-20-2017; (f) YRY 2014 Tax Returns, dated 09-15-2017; (g) YRY 2015 Tax Returns, dated 08-02-2017; (h) YRY 2016 Tax Returns, dated 08-02-2018; and, (i) YRY 2017 Tax Returns, dated 09-16-2018 and Yolanda Ybarra's tax returns. The Responsive Documents tendered under the heading "Financial Documents" include: (a) a group of documents labeled Production 01 201902 of various dates; and, (b) a group of documents labeled Production 02 201902 of various dates. The Responsive Documents tendered under the heading "Documents Produced in Response to Citations to Ruben Ybarra' include: (a) Variously dated documents labeled Kingston and Bates stamped 000001 through 001475; (b) Variously dated documents labeled Kingston and Bates stamped 000092.1 through 000869.1; (c) Variously dated documents labeled UNB and Bates stamped 000001 through 000217; (d) Variously dated documents labeled YBY and Bates stamped 000001 through 000525; (e) Variously dated documents labeled YY and Bates stamped 000001 through 000222; (f) Variously dated documents labeled YY and Bates stamped 000001.1 through 000134.1; (g) an undated Citation Notice to Yolanda Ybarra; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (i) Discovery Compliance Order, dated 06-06-2018; and, (j) Third-Party Citation to YRY, dated 10-13-2017. The Responsive Documents tendered under the heading "Ybarra Dropbox Documents" include: (a) Variously dated appraisals for various properties; (b)

Variously dated Boulder Hill Apartment, LLC corporate documents; (c) Variously dated notice of code violations for Boulder Hill property; (d) Variously dated capital improvement accountings for Boulder Hill property; (e) Variously dated Condominium Declarations; (f) Variously dated income and expense accountings; (g) Insurance policy dated 05-05-2020; (h) Lease executed by Tenant-Kahn, dated 05-20-2014; (i) Management Contract, dated 05-29-2015; (j) Offering Memorandum, dated 07-13-2016; (k) Various photographs of building assets; (l) Property condition Assessment and Phase I report, dated 05-10-2014; (m) Survey of Boulder Hill property, dated 07-17-2017; and, (n) Various title documents. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding YRY; (d) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (e) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.

RUBEN YBARRA, Defendant

By: _____
    One of his attorneys

Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004
F. 312-663-1514
Email: ariel@weissberglaw.com

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, an attorney, certify pursuant to Section 1-109 of the Code of Civil Procedure, that on July 21, 2022, I caused to be served the foregoing ***Defendant, Ruben Ybarra's Second Amended Answer to Plaintiff's First Document Requests*** upon the following parties by electronic transmission:

Adam Brent Rome, Esq.
Zachary Mulcrone, Esq.
Greiman Rome & Griesmeyer LLC
205 West Randolph, Suite 2300
Chicago, IL 60606
Email: arome@grglegal.com; zmulcrone@grglegal.com

William J. Factor, Esq.
Isaiah Fishman, Esq.
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Email: wfactor@wfactorlaw.com; ifishman@wfactorlaw.com

_____
Ariel Weissberg

/

## VERIFICATION

I, Ruben Ybarra, under penalty of perjury and other penalties provided by law pursuant to 28 U.S.C. 1746 of the United States Code, certify that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

_____
Ruben Ybarra

# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRUST BANK, N.A, | ) | |
| | ) | Case No. 21-cv-02576 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Judge Sara L. Ellis |
| | ) | |
| RUBEN YBARRA, YRY HOLDINGS, | ) | Hon. Magistrate Judge Maria Valdez |
| LLC and BOULDER HILL | ) | |
| APARTMENTS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, BOULDER HILL APARTMENTS, LLC'S SECOND AMENDED
ANSWER TO PLAINTIFF'S FIRST DOCUMENT REQUESTS**

NOW COMES Defendant, Boulder Hill Apartments, LLC ("Defendant"), by its attorneys, Ariel Weissberg and Rakesh Khanna of the law office of Weissberg and Associates, Ltd, and Christopher V. Langone of Langone Law LLC, and as *Defendant, Boulder Hill Apartments, LLC's Second Amended Answer to Plaintiff's First Document Requests,* states as follows:

**GENERAL OBJECTIONS**

1. The Defendant objects to each request to the extent that it calls for the disclosure of documents, communications, or information protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or doctrine, or to the extent that it seeks the disclosure of information or documents that each Plaintiff is required to maintain in confidence pursuant to an agreement with a third party, or otherwise is protected under the law from disclosure. The inadvertent production of information or documents subject to any claim of privilege or the work-product doctrine shall not be deemed a waiver of any claim of privilege or the work-product doctrine as to such document or the subject matter thereof, and each Defendant hereby asserts the right to demand the return of any and all copies of any such document(s)

1

inadvertently produced in this proceeding.

2.      The Defendant reserves all evidentiary objections, including relevancy and materiality, and its answers, and any production or identification of documents included in those answers, shall neither waive nor prejudice any objections each Defendant may herein or later assert, including, inter alia, objections as to the admissibility of any documents or category of documents at trial.

## ANSWERS TO REQUESTS TO PRODUCE

1. All Documents reviewed or used in connection with responding to these Discovery Requests.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 1.**

2. All Documents You intend to use or introduce at the trial of the Case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 2, subject to Defendant's right supplement or refrain from introducing into evidence, at any hearing or trial, any particular document.**

3. All Documents Related To any contention, by You or any other Person, that PTCV was not going to seek a ruling on the Motion for Judicial Determination.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the**

heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. Also, the Agreed Order, itself.

4. All Documents Related To any contention, by You or any other Person, that PTCV was going to seek a ruling from Judge Heneghan on the Motion for Judicial Determination.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. Also, the Agreed Order, itself.

5. All Documents Related To any contention, by You or any other Person, that PTCV was not going to seek a ruling from Judge Heneghan on the Motion for Judicial Determination.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," "Stamped Orders" and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-**

2019; **(s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. Also, the Agreed Order, itself.**

6. All Documents Related to Plaintiff's and Markoff Law's Memorandum of Subpoena Respondents Regarding Motion for Sanctions Against PTCV, Judgment Debtor and Adverse Claimants.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," "Stamped Orders" and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission**

of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading

"Emails" include **(a)** a group of emails sent by Michael Tannen, too numerous to list here; **(b)** a group of emails received by Michael Tannen, too numerous to list here; **(c)** a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, **(d)** a group of emails received to or from Ariel Weissberg, too numerous to list here.

7. All Documents Related to the December 8, 2020, motion filed by CNTRST Debt Recovery and others that was captioned "Subpoena Respondents' Motion for Protective Order and/or to Quash Subpoena."

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v. Centrust Bank," "Stamped Orders," "Subpoenas," "Discovery Tendered by Michael Tannen," "Emails," and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Stamped Orders"**

include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f)

**Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.**

8. All Documents Related to the April 2, 2021, motion filed by CNTRST Debt Recovery and others in the State Court Case that was captioned "Motion for Rule 219 Sanctions for Abusive Subpoenas."

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Subpoenas," "Sanction Motion Documents," "Emails" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse**

Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Sanction Motion Documents" include: (a) Centrust Motion for Sanctions, dated 04-02-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel

Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. **The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.**

9. All Documents concerning the issues described in CNTRST Debt Recovery's April 2, 2021 "Motion for Rule 219 Sanctions for Abusive Subpoenas" in the State Court Case.

**<u>ANSWER</u>: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Subpoenas," "Sanction Motion Documents," "Emails" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001-000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Subpoenas"**

include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Klueger Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Sanction Motion Documents" include: (a) Centrust Motion for Sanctions, dated 04-02-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.

10. All Documents Related to the Order entered in the State Court Case on May 4, 2021.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Subpoenas," "Sanction Motion Documents," "Emails" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-**

20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Sanction Motion Documents" include: (a) Centrust Motion for Sanctions, dated 04-02-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel

Weissberg, too numerous to list here. **The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.**

11. All Documents Related to the Agreed Order entered in the State Court Case on May 20, 2020.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. Also, the documents under the Catalogue entitled: Motions to Substitute; Stamped Orders; Judicial Determination; and Sanction Motion Documents.**

12. All Documents to or from any entity other than Ariel Weissberg or Chris Langone (or their firms) that Refer To, discuss or mention the filing of the Complaint in this case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Emails" and Documents regarding Preservation.**

13. All Documents Related To PTCV.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. Also, the documents under the Catalogue entitled: Motions to Substitute; Stamped Orders; Judicial Determination; and Sanction Motion Documents.**

14. All Documents sent to Tannen.

**ANSWER: The Responsive Documents are contained in the dropbox and are as follows: (a) PCTV Purchase Agreement, dated 09-24-2020; and (b) an Agreed Order regarding stipulations between the parties, dated 05-20-2021. Also, the Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael**

Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. Also, Weissberg sent to Tannen all of the documents in the Catalogue under the following headings: Package to Michael Tannen; Documents Produced in Response to Citations Served on Ruben Ybarra; Tax Returns; and Financial Documents.

15. All Documents received from Tannen.

**ANSWER:** **The Responsive Documents are contained in the dropbox and are as follows: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) an Agreed Order regarding stipulations between the parties, dated 05-20-2021; and (c) the Documents tendered under the heading "Judicial Determination" including (i) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (ii) undated Amended Submission of Intervenors; (iii) undated Plaintiff's Response to Submission of Intervenors; (iv) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (v) an Order regarding discovery, dated 05-13-2020. Also, the Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. Also, Tannen sent to Weissberg all of the documents in the Catalogue under the following headings: Stamped Orders; Pleadings filed; Motion to Substitute; Motion to Compel v. Centrust Bank; Discovery to Centrust; Subpoenas; Submissions regarding Discovery; Discovery Tendered by Michael Tannen; ABS Documents; Documents regarding Preservation; Judicial Determination; Timelines; and Sanctions Motion Documents.**

16. All Documents sent to Ariel Weissberg, including his law office or any person in his law office.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set**

forth in the Document Catalogue under all headings. **All tendered documents are responsive to Request No. 16.**

17. All Documents received from Ariel Weissberg, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 17.**

18. All Documents sent to Michael Gotkin, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents," and "Emails." The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

19. All Documents received from Michael Gotkin, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents,"**

and "Emails." The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

20. All Documents sent to Gregory Stern or Monica O'Brien, including any person in their law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

21. All Documents received from Gregory Stern or Monica O'Brien, including any person in their law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set**

forth in the Document Catalogue under the headings "PCTV Documents," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

22. All Documents sent to ABS.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "ABS Documents," and "Emails." The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

23. All Documents received from ABS.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "ABS Documents," and "Emails." The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too**

numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

24. All Documents sent to Dennis Feinberg, or any Person in his law office.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust, "Motion to Compel v Centrust Bank," "Submissions Regarding Discovery," "ABS Documents," "Stamped Orders," "Discovery Tendered by Michael Tannen" and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Submissions Regarding Discovery" include: (a) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (b) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (c) YRY and Boulder Hill's Reply to Amended Submissions to

20

Adjudicate Adverse Claims, dated 04-15-2020; and, (d) Order granting leave to issue discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial

Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt.

25. All Documents received from Dennis Feinberg, or any Person in his law office.

**ANSWER: Boulder Hill has no such documents.**

26. All Documents sent to Edward Malone or any other lawyer in his firm.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust, "Motion to Compel v Centrust Bank," "T2 Capital Management Documents," "Stamped Orders," "Timelines," "T2 Refinance," and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY**

and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Stamped Orders" include: (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status

Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Timelines" include: (a) Centrust Preliminary Timeline, dated 05-27-2020; (b) an undated First Preliminary Timeline; (c) an undated First Amended Preliminary Timeline; (d) Second Amended Preliminary Timeline, dated 07-17-2020; (e) Third Amended Preliminary Timeline, dated 07-27-2020; and, (f) Fourth Amended Preliminary Timeline, dated 08-25-2020. The Responsive Documents tendered under the heading "T2 Refinance" include: (a) Recorded First Amendment to Mortgage of T2, dated 08-10-2021; (b) UCC Financing Statement Amendment, dated 08-11-2021; and, (c) Quit Claim Deed, dated 05-03-2021.

27. All Documents received from Edward Malone or any lawyer in his firm.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents," "T2 Refinance," and "Emails."The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz

for T2, dated -6-25-2019; (c) **Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Stamped Orders" include: The Responsive Documents tendered under the heading "T2 Refinance" include: (a) Recorded First Amendment to Mortgage of T2, dated 08-10-2021; (b) UCC Financing Statement Amendment, dated 08-11-2021; and, (c) Quit Claim Deed, dated 05-03-2021.**

28. All Documents sent to T2 Boulder Hill Montgomery LLC.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust, "Motion to Compel v Centrust Bank," "Submissions Regarding Discovery," "T2 Capital Management Documents," "Stamped Orders," "Boulder Hill Apartments," "T2 Refinance," "Tax Returns" and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with**

Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Submissions Regarding Discovery" include: (a) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (b) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (c) YRY and Boulder Hill's Reply to Amended Submissions to Adjudicate Adverse Claims, dated 04-15-2020; and, (d) Order granting leave to issue discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Stamped Orders" include: (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order,

dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. **The Responsive Documents tendered under the heading "Boulder Hill Apartments" include: (a) Boulder Hill Operating Agreement, dated 05-20-2015; (b) Loan Agreement with T2 Boulder Hill, dated June, 2018; (c) Mortgage, Assignment of Leases, Security Agreement, dated 06-11-2018; (d) Promissory Note, date June, 2018; (e) YRY Guaranty, dated June, 2018; (f) Escrow Disbursement Statement, dated 06-11-2018; and, (g) Payoff Letter, dated 06-06-2018. The Responsive Documents tendered under the heading "Tax Returns" include: (a) Boulder 2011, LLC 2011 Tax Returns, dated 09-12-2012; (b) Boulder 2011, LLC, 2012 Tax Returns, dated 03-22-2013; (c) Boulder 2011, LLC 2013 Tax Returns, dated 06-20-2014; (d) Boulder 2011, LLC 2014 Tax Returns, dated 05-28-2015; (e) Boulder 2011, LLC 2015 Tax Returns, dated 06-20-2017; (f) YRY 2014 Tax Returns, dated 09-15-2017; (g) YRY 2015 Tax Returns, dated 08-02-2017; (h) YRY 2016 Tax Returns, dated 08-02-2018; and, (i) YRY 2017 Tax Returns, dated 09-16-2018.**

29. All Documents received from T2 Boulder Hill Montgomery LLC.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents," "Boulder Hill Apartments," "T2 Refinance" and "Emails." The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019;**

**(b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Boulder Hill Apartments" include: (a) Boulder Hill Operating Agreement, dated 05-20-2015; (b) Loan Agreement with T2 Boulder Hill, dated June, 2018; (c) Mortgage, Assignment of Leases, Security Agreement, dated 06-11-2018; (d) Promissory Note, date June, 2018; (e) YRY Guaranty, dated June, 2018; (f) Escrow Disbursement Statement, dated 06-11-2018; and, (g) Payoff Letter, dated 06-06-2018.**

30. All Documents sent to Eric Ferleger or any business that he provided services to.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Subpoenas," but limited to the subpoena served on Mr. Ferleger.**

31. All Documents received from Eric Ferleger or any business that he provided services to.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Emails." The Responsive Documents tendered under the heading "Emails" include emails from Mr. Ferleger.**

32. All Documents sent to Alan Redzic, Tia Brasniac, or Real Realty.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Real Realty Documents," "Subpoenas," "Discovery Tendered by Michael Tannen," and "Emails." The Responsive Documents tendered under the heading "Real Realty Documents" include: (a) Real Realty Notice of Adverse Claim, dated 09-22-2018; (b) Real Realty**

Amended Notice of Adverse Claims with Exhibits, dated 09-24-2018; (c) Memorandum Decision on Centrust Motion to Compel, dated 07-24-2018; (d) Boulder Hill Management Agreement, dated 05-29-2015; (e) Subordination of Management Agreement, dated June, 2018; and, (f) Real Realty Response to Citation, dated 09-14-2018. **The Responsive Documents tendered under the heading "Subpoenas" include:** (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. **The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include:** (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. **The Responsive Documents tendered under the heading "Emails"** include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

33. All Documents received from Alan Redzic, Tia Brasniac, or Real Realty.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Real Realty Documents," "Discovery Tendered by Michael Tannen," and "Emails." The Responsive Documents tendered under the heading "Real Realty Documents" include: (a) Real Realty Notice of Adverse Claim, dated 09-22-2018; (b) Real Realty Amended Notice of Adverse Claims with Exhibits, dated 09-24-2018; (c) Memorandum Decision on Centrust Motion to Compel, dated 07-24-2018; (d) Boulder Hill Management Agreement, dated 05-29-2015; (e) Subordination of Management Agreement, dated June, 2018; and, (f) Real Realty Response to Citation, dated 09-14-2018. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

34. All Documents, including monthly or annual statements, from 2015 to the present, Related To a financial account in the name of any of the Defendants.

**ANSWER: Boulder Hill objects to this request as it will not lead to relevant information and is calculated to harass Boulder Hill.**

35. All of Your Tax Returns from 2010 to the present, including the tax returns of any affiliate or entity in which You have an interest.

**ANSWER: Boulder Hill objects to this request as it will not lead to relevant information and is calculated to harass Boulder Hill. Notwithstanding, Boulder Hill is tendering the following information without waiving this objection. The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue**

under the heading "Tax Returns." The Responsive Documents tendered under the heading "Tax Returns" include: (a) Boulder 2011, LLC 2011 Tax Returns, dated 09-12-2012; (b) Boulder 2011, LLC, 2012 Tax Returns, dated 03-22-2013; (c) Boulder 2011, LLC 2013 Tax Returns, dated 06-20-2014; (d) Boulder 2011, LLC 2014 Tax Returns, dated 05-28-2015; (e) Boulder 2011, LLC 2015 Tax Returns, dated 06-20-2017; (f) YRY 2014 Tax Returns, dated 09-15-2017; (g) YRY 2015 Tax Returns, dated 08-02-2017; (h) YRY 2016 Tax Returns, dated 08-02-2018; and, (i) YRY 2017 Tax Returns, dated 09-16-2018.

36. All Documents related to the management of BHA.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Real Realty Documents," "Subpoenas," "Discovery Tendered by Michael Tannen," and "Emails." Responsive Documents tendered under the heading "Real Realty Documents" include: (a) Real Realty Notice of Adverse Claim, dated 09-22-2018; (b) Real Realty Amended Notice of Adverse Claims with Exhibits, dated 09-24-2018; (c) Memorandum Decision on Centrust Motion to Compel, dated 07-24-2018; (d) Boulder Hill Management Agreement, dated 05-29-2015; (e) Subordination of Management Agreement, dated June, 2018; and, (f) Real Realty Response to Citation, dated 09-14-2018. The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading

**"Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

37. All Documents Related To the State Court Case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 37.**

38. All Documents Related To or filed in litigation where Boulder Hill Condominium Association is a party, including, but not limited to, the case captioned Boulder Hill Condominium Association v. Terry Scarbeary.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Boulder Hill-Scarbeary Documents." The Responsive Documents tendered under the heading "Boulder Hill-Scarbeary Documents" include: (a) Alta Commitment-32 Rockey Way, Unit 8, dated 07-09-2018; (b) Certification of Leases, dated 06-07-2018; (c) Alta Statmenet, dated 06-11-2018; and, (d) List of Remaining Units, dated 07-18-2018.**

39. All Documents and or drafts Relating To any draft complaint against Centrust.

**ANSWER: Boulder Hill has no such documents.**

40. All Documents sent to PTCV or received from PTCV or any person or entity owning a direct or indirect interest in PTCV.

**ANSWER: Boulder Hill has no such documents.**

41. All Documents relating to the prosecution or defense of the Motion for Judicial Determination in the State Court Case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Judicial Determination" and "Emails." Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

42. All emails referring to PTCV in the subject line or the body of the email.

**ANSWER: A list of the Documents contained in the Dropbox's are set forth in the Document Catalogue under the heading "Emails." The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

43. All Documents relating payment of the legal fees of PTCV or related to the formation, registration or operation of PTCV.

**ANSWER: Boulder Hill has no such documents.**

44. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to ABS.

**ANSWER: Boulder Hill has no such documents.**

45. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to PTCV.

**ANSWER: Boulder Hill has no such documents.**

46. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to ABS.

**ANSWER: Boulder Hill has no such documents.**

47. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Tannen.

**ANSWER: Boulder Hill has no such documents.**

48. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Gregory K. Stern and/or his law firm.

**ANSWER: Boulder Hill has no such documents.**

49. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Ariel Weissberg and/or his law firm.

**ANSWER: Boulder Hill has no such documents.**

50. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Michael S. Gotkin and/or his law firm.

**ANSWER: Boulder Hill has no such documents.**

51. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Edward Malone and/or his law firm.

**ANSWER: Boulder Hill has no such documents.**

52. All Documents concerning Your interest in each and every company, corporation, limited-liability company, partnership, trust, or other entity in which You hold any direct or indirect ownership, management, membership, or beneficiary interest.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Tax Returns," "Financial Documents," "Documents Produced in Response to Citations to Ruben Ybarra," "Ybarra Dropbox Documents" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Tax Returns" include: (a) Boulder 2011, LLC 2011 Tax Returns, dated 09-12-2012; (b) Boulder 2011, LLC, 2012 Tax Returns, dated 03-22-2013; (c) Boulder 2011, LLC 2013 Tax Returns, dated 06-20-2014; (d) Boulder 2011, LLC 2014 Tax Returns, dated 05-28-2015; (e) Boulder 2011, LLC 2015 Tax Returns, dated 06-20-2017; (f) YRY 2014 Tax Returns, dated 09-15-2017; (g) YRY 2015 Tax Returns, dated 08-02-2017; (h) YRY 2016 Tax Returns, dated 08-02-2018; and, (i) YRY 2017 Tax Returns, dated 09-16-2018. The Responsive Documents tendered under the heading "Financial Documents" include: (a) a group of documents labeled Production 01 201902 of various dates; and, (b) a group of documents labeled Production 02 201902 of various dates. The Responsive Documents tendered under the heading "Documents Produced in Response to Citations to Ruben Ybarra' include: (a) Variously dated documents labeled Kingston and Bates stamped 000001 through 001475; (b) Variously dated documents labeled Kingston and Bates stamped 000092.1 through 000869.1; (c) Variously dated documents labeled UNB and Bates stamped 000001 through 000217; (d) Variously dated documents labeled YBY and Bates stamped**

35

**000001 through 000525; (e) Variously dated documents labeled YY and Bates stamped 000001 through 000222; (f) Variously dated documents labeled YY and Bates stamped 000001.1 through 000134.1; (g) an undated Citation Notice to Yolanda Ybarra; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (i) Discovery Compliance Order, dated 06-06-2018; and, (j) Third-Party Citation to YRY, dated 10-13-2017. The Responsive Documents tendered under the heading "Ybarra Dropbox Documents" include: (a) Variously dated appraisals for various properties; (b) Variously dated Boulder Hill Apartment, LLC corporate documents; (c) Variously dated notice of code violations for Boulder Hill property; (d) Variously dated capital improvement accountings for Boulder Hill property; (e) Variously dated Condominium Declarations; (f) Variously dated income and expense accountings; (g) Insurance policy dated 05-05-2020; (h) Lease executed by Tenant-Kahn, dated 05-20-2014; (i) Management Contract, dated 05-29-2015; (j) Offering Memorandum, dated 07-13-2016; (k) Various photographs of building assets; (l) Property condition Assessment and Phase I report, dated 05-10-2014; (m) Survey of Boulder Hill property, dated 07-17-2017; and, (n) Various title documents. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.**

53. All Documents concerning Yolanda's interest in each and every company, corporation, limited-liability company, partnership, trust, or other entity in which Yolanda holds any direct or indirect ownership, management, membership, or beneficiary interest.

**ANSWER:** **Boulder Hill has no such documents.**

                                             **BOULDER HILL APARTMENTS, LLC**,
                                             Defendant

                                             By: _____
                                               One of its attorneys

Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004 // F. 312-663-1514
Email: ariel@weissberglaw.com

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, an attorney, certify pursuant to Section 1-109 of the Code of Civil Procedure, that on July 21, 2022, I caused to be served the foregoing ***Defendant, Boulder Hill Apartments, LLC's Second Amended Answer to Plaintiff's First Document Requests*** upon the following parties by electronic transmission:

Adam Brent Rome, Esq.
Zachary Mulcrone, Esq.
Greiman Rome & Griesmeyer LLC
205 West Randolph, Suite 2300
Chicago, IL 60606
Email: arome@grglegal.com; zmulcrone@grglegal.com

William J. Factor, Esq.
Isaiah Fishman, Esq.
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Email: wfactor@wfactorlaw.com; ifishman@wfactorlaw.com

_____
Ariel Weissberg

## VERIFICATION

I, Yolanda Ybarra, under penalty of perjury and other penalties provided by law pursuant to 28 U.S.C. 1746 of the United States Code, certify that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

Yolanda Ybarra
Yolanda Ybarra

# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRUST BANK N.A., | ) | Case No. 21-cv-02576 |
| | ) | |
| Plaintiff, | ) | Honorable Judge Sara E. Ellis |
| | ) | |
| v. | ) | Hon. Magistrate Judge Maria Valdez |
| | ) | |
| RUBEN YBARRA, YRY HOLDINGS, | ) | |
| LLC, and BOULDER HILL | ) | |
| APARTMENTS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, YRY HOLDINGS, LLC'S SECOND AMENDED ANSWER TO
PLAINTIFF'S FIRST DOCUMENT REQUESTS.**

NOW COMES Defendant, YRY Holdings, LLC ("Defendant"), by its attorneys, Ariel Weissberg and Rakesh Khanna of the law office of Weissberg and Associates, Ltd, and Christopher V. Langone of Langone Law LLC, and as *Defendant, YRY Holdings, LLC's Second Amended Answer to Plaintiff's First Document Requests,* states as follows:

**GENERAL OBJECTIONS**

1.     The Defendant objects to each request to the extent that it calls for the disclosure of documents, communications, or information protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or doctrine, or to the extent that it seeks the disclosure of information or documents that each Plaintiff is required to maintain in confidence pursuant to an agreement with a third party, or otherwise is protected under the law from disclosure. The inadvertent production of information or documents subject to any claim of privilege or the work-product doctrine shall not be deemed a waiver of any claim of privilege or the work-product doctrine as to such document or the subject matter thereof, and each Defendant hereby asserts the right to demand the return of any and all copies of any such document(s)

1

inadvertently produced in this proceeding.

2.     The Defendant reserves all evidentiary objections, including relevancy and materiality, and its answers, and any production or identification of documents included in those answers, shall neither waive nor prejudice any objections each Defendant may herein or later assert, including, inter alia, objections as to the admissibility of any documents or category of documents at trial.

## ANSWERS TO REQUESTS TO PRODUCE

1. All Documents reviewed or used in connection with responding to these Discovery Requests.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 1.**

2. All Documents You intend to use or introduce at the trial of the Case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 2, subject to Defendant's right supplement or not to introduce into evidence, at any hearing or trial, any particular document.**

3. All Documents Related To any contention, by You or any other Person, that PTCV was not going to seek a ruling on the Motion for Judicial Determination.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order**

regarding stipulations between the parties, dated 05-20-2021. **The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

4. All Documents Related To any contention, by You or any other Person, that PTCV was going to seek a ruling from Judge Heneghan on the Motion for Judicial Determination.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated**

**05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

5. All Documents Related To any contention, by You or any other Person, that PTCV was not going to seek a ruling from Judge Heneghan on the Motion for Judicial Determination.

**<u>ANSWER:</u> The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group**

4

of emails received to or from Ariel Weissberg, too numerous to list here. .

6. All Documents Related to Plaintiff's and Markoff Law's Memorandum of Subpoena Respondents Regarding Motion for Sanctions Against PTCV, Judgment Debtor and Adverse Claimants.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

7. All Documents Related to the December 8, 2020, motion filed by CNTRST Debt Recovery and others that was captioned "Subpoena Respondents' Motion for Protective Order and/or to Quash Subpoena."

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set**

forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here. .

8. All Documents Related to the April 2, 2021, motion filed by CNTRST Debt Recovery and others in the State Court Case that was captioned "Motion for Rule 219 Sanctions for Abusive Subpoenas."

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive**

**Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

9. All Documents concerning the issues described in CNTRST Debt Recovery's April 2, 2021 "Motion for Rule 219 Sanctions for Abusive Subpoenas" in the State Court Case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails"**

include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

10. All Documents Related to the Order entered in the State Court Case on May 4, 2021.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

11. All Documents Related To the Agreed Order entered in the State Court Case on May 20, 2020.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set

forth in the Document Catalogue under the headings "PCTV Documents," "Judicial Determination," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

12. All Documents to or from any entity other than Ariel Weissberg or Chris Langone (or their firms) that Refer To, discuss or mention the filing of the Complaint in this case.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Emails" and Documents regarding Preservation.

13. All Documents Related To PTCV.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," "Emails." The Responsive Documents tendered under the heading "PCTV Documents"

9

include: (a) **PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d) Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

14. All Documents sent to Tannen.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 14.**

15. All Documents received from Tannen.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 15.**

16. All Documents sent to Ariel Weissberg, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 16.**

17. All Documents received from Ariel Weissberg, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings: Stamped Orders; Emails; Documents Produced in response to Citations Served on Ruben Ybarra; Boulder Hill Refinance; Ybarra Dropbox Documents; and Package to Michael Tannen.**

18. All Documents sent to Michael Gotkin, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Submissions Regarding Discovery," "ABS Documents," "Stamped Orders," "Discovery Tendered by Michael Tannen" and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f)**

Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Submissions Regarding Discovery" include: (a) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (b) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (c) YRY and Boulder Hill's Reply to Amended Submissions to Adjudicate Adverse Claims, dated 04-15-2020; and, (d) Order granting leave to issue discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order

Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg,

**too numerous to list here.**

19. All Documents received from Michael Gotkin, including his law office or any person in his law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the "Emails."**

20. All Documents sent to Gregory Stern or Monica O'Brien, including any person in their law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

21. All Documents received from Gregory Stern or Monica O'Brien, including any person in their law office.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021**

**PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

22. All Documents sent to ABS.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "ABS Documents," and "Emails." The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

23. All Documents received from ABS.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "ABS Documents," and "Emails." The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive**

**Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

24. All Documents sent to Dennis Feinberg, or any Person in his law office.

**<u>ANSWER:</u> The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Discovery to Centrust," "Motion to Compel v Centrust Bank," "Submissions Regarding Discovery," "ABS Documents," "Stamped Orders," "Discovery Tendered by Michael Tannen" and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion**

to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "Submissions Regarding Discovery" include: (a) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (b) YRY and Boulder Hill's undated Amended Submissions to Adjudicate Adverse Claims; (c) YRY and Boulder Hill's Reply to Amended Submissions to Adjudicate Adverse Claims, dated 04-15-2020; and, (d) Order granting leave to issue discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "ABS Documents" include: (a) ABS Motion to Substitute, dated 08-14-2020; (b) an undated Subpoena issued to ABS; and, (c) corrected Assignment of Judgments, dated 07-29-2020. The Responsive Documents tendered under the heading "Stamped Orders" include (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t)

**Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

25. All Documents received from Dennis Feinberg, or any Person in his law office.

**ANSWER: YRY has no such documents.**

26. All Documents sent to Edward Malone or any other lawyer in his firm.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set**

forth in the Document Catalogue under the headings "Discovery to Centrust, "Motion to Compel v Centrust Bank," "T2 Capital Management Documents," "Stamped Orders," "Timelines," "T2 Refinance," and "Emails." The Responsive Documents tendered under the heading "Discovery to Centrust" include: (a) Centrust Answers to Intervenor and Adverse Claimants YRY and Boulder Hill's Interrogatories and Request for Production, dated 11-20-2020; (b) Centrust Document Production-Bates stamped documents 00001 -000191, dated on various dates; (c) undated Centrust Document Production-Bates stamped documents 000192-000196 consisting of Centrust's Record Retention Schedule; (d) Centrust Responses to Request to Admit Facts from YRY and Boulder Hill, dated 11-11-2020; (e) Variously dated documents produced from YRY, Boulder Hill and RTA to Centrust with various Bates stamps, relating to Request for Receivership; (f) Variously dated documents relating to Centrust's Request for Judicial Determination; and (g) Undated Production Requests from YRY and Boulder Hill to Centrust. The Responsive Documents tendered under the heading "Motion to Compel v Centrust Bank include: (a) YRY and Boulder Hill's Motion to Compel with Exhibits, dated 01-20-2021; (b) YRY and Boulder Hill's Reply in Support of Motion to Compel with Exhibits, dated 03-22-2021; and, (c) Centrust's undated Response to Motion to Compel with Exhibits. The Responsive Documents tendered under the heading "T2 Capital Management Documents" include; (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Stamped Orders"

include: (a) a status order, dated 02-19-2020; (b) an Agreed Case Management Order, dated 01-21-2020; (c) an Agreed Case Management Order, dated 12-19-2019; (d) a Continuance Order, dated 12-07-2020; (e) an Order Regarding Preservation of Records, dated 02-22-2021; (f) Order Modifying Freeze Order, dated 11-13-2019; (g) Order granting ABS Leave to Substitute, dated 03-12-2021; (h) Order regarding Subpoena's, dated 03-15-2021; (i) Order denying *in camera* inspection, dated 08-28-2019; (j) Order on Motion to Modify Freeze Order, dated 10-11-2019; (k) Order on Motion to Terminate, dated 11-18-2020; (l) Status Order on Adverse Claims, dated 11-22-2019; (m) Order Modifying Briefing Schedule, dated 12-10-2020; (n) Briefing Schedule Order, dated 01-27-2021; (o) Status Order regarding Preservation of Documents, dated 12-27-2021; (p) Agreed Protective and Preservation Order, dated 02-26-2021; (q) Status Order, dated 02-30-2021; (r) Order entering and continuing hearing on Judicial Determination, dated 06-26-2019; (s) Case Management Order, dated 06-27-2019; (t) Order granting leave to file Appearance to Tannen, dated 06-04-2019; (u) Order granting Markoff leave to withdraw, dated 07-13-2020; (v) Status Order, dated 07-02-2020; (w) Order granting YRY and Boulder Hill leave to Intervene, dated 07-30-2019; (x) Order setting briefing schedule on Adverse Claims, dated 08-07-2020; (y) Order denying *in camera* inspection, dated 08-22-2019; (z) Status Order, dated 08-27-2019; (aa) Order on Joint Status Report, dated 09-28-2020; (bb) Status Order, dated 09-14-2020; (cc) Status Order regarding production and preservation, dated 10-06-2020; (dd) Agreed Protective and Confidentiality Order, dated 08-31-2019; (ee) Status Order regarding Adverse Claims, dated 05-13-2020; (ff) Order setting hearing date for Judicial Determination, dated 05-12-2020; and (gg) Status Order regarding Receivership, dated 08-28-2019. The Responsive

Documents tendered under the heading "Timelines" include: (a) Centrust Preliminary Timeline, dated 05-27-2020; (b) an undated First Preliminary Timeline; (c) an undated First Amended Preliminary Timeline; (d) Second Amended Preliminary Timeline, dated 07-17-2020; (e) Third Amended Preliminary Timeline, dated 07-27-2020; and, (f) Fourth Amended Preliminary Timeline, dated 08-25-2020. The Responsive Documents tendered under the heading "T2 Refinance" include: (a) Recorded First Amendment to Mortgage of T2, dated 08-10-2021; (b) UCC Financing Statement Amendment, dated 08-11-2021; and, (c) Quit Claim Deed, dated 05-03-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here

27. All Documents received from Edward Malone or any lawyer in his firm.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents," "T2 Refinance," and "Emails." The Responsive Documents tendered under the heading "T2 Capital Management Documents" include; (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Stamped Orders" include: The Responsive Documents tendered under the heading "T2 Refinance" include: (a) Recorded First Amendment

**to Mortgage of T2, dated 08-10-2021; (b) UCC Financing Statement Amendment, dated 08-11-2021; and, (c) Quit Claim Deed, dated 05-03-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

28. All Documents sent to T2 Boulder Hill Montgomery LLC.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents," "T2 Refinance," and "Emails." The Responsive Documents tendered under the heading "T2 Capital Management Documents" include; (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Stamped Orders" include: The Responsive Documents tendered under the heading "T2 Refinance" include: (a) Recorded First Amendment to Mortgage of T2, dated 08-10-2021; (b) UCC Financing Statement Amendment, dated 08-11-2021; and, (c) Quit Claim Deed, dated 05-03-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from**

Ariel Weissberg, too numerous to list here

29. All Documents received from T2 Boulder Hill Montgomery LLC.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "T2 Capital Management Documents," "Boulder Hill Apartments," "T2 Refinance" and "Emails." The Responsive Documents tendered under the heading "T2 Capital Management Documents" include: (a) Appearance of Edward F. Malone, for T2, dated 06-25-2019; (b) Appearance of Hannah Y. Jurowicz for T2, dated -6-25-2019; (c) Third Party Citation to T2, dated 05-17-2017; (d) T2 Permit Base, dated 10-09-2015; (e) Gotkin Opinion Letter for T2 Loan, dated 04-24-2018; (f) Golenia Subpoena to T2, dated 03-19-2021. The Responsive Documents tendered under the heading "Boulder Hill Apartments" include: (a) Boulder Hill Operating Agreement, dated 05-20-2015; (b) Loan Agreement with T2 Boulder Hill, dated June, 2018; (c) Mortgage, Assignment of Leases, Security Agreement, dated 06-11-2018; (d) Promissory Note, date June, 2018; (e) YRY Guaranty, dated June, 2018; (f) Escrow Disbursement Statement, dated 06-11-2018; and, (g) Payoff Letter, dated 06-06-2018. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

30. All Documents sent to Eric Ferleger or any business that he provided services to.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Subpoenas," "Discovery**

Tendered by Michael Tannen," and "Emails"—including Subpoena to Eric Ferleger, dated 02-19-2021. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: an undated Subpoena Rider to Eric Ferleger. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

31. All Documents received from Eric Ferleger or any business that he provided services to.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Emails." The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.

32. All Documents sent to Alan Redzic, Tia Brasniac, or Real Realty.

**ANSWER:** The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Real Realty Documents," "Subpoenas," "Discovery Tendered by Michael Tannen," and "Emails." The Responsive Documents tendered under the heading "Real Realty Documents" include: (a) Real Realty Notice of Adverse Claim, dated 09-22-2018; (b) Real Realty Amended Notice of Adverse Claims with Exhibits, dated 09-24-2018; (c)

24

Memorandum Decision on Centrust Motion to Compel, dated 07-24-2018; (d) Boulder Hill Management Agreement, dated 05-29-2015; (e) Subordination of Management Agreement, dated June, 2018; and, (f) Real Realty Response to Citation, dated 09-14-2018. **The Responsive Documents tendered under the heading "Subpoenas" include: (a) Amended Subpoena to Bruce Teitelbaum, dated 11-20-2020; (b) Subpoena to CTT, dated 11-20-2020; (c) Notice of Deposition to CNTRST, dated 11-20-2020; (d) Subpoena to ABS Lincolnwood, dated 04-05-2021; (e) Subpoena to Select Funding, dated 04-05-2021; (f) Notice of Deposition to Centrust Bank, NA, dated 10-23-2020; (g) Subpoena to Bruce Teitelbaum, President, dated 10-27-2020; (h) Subpoena to Eric Ferleger, dated 02-19-2021; (i) Notice of Deposition to James McMahon, dated 06-30-2020; (j) Subpoena to Richard Jones and Associates, dated 02-12-2020; (k) Subpoena to Markoff Law, dated 02-22-2021; (l) Subpoena to Kluever Law Group, dated 02-11-2021; and, (m) Subpoena to Joyce Vojcak, dated 06-30-2020. The Responsive Documents tendered under the heading "Discovery Tendered by Michael Tannen" include: (a) an undated Subpoena Rider to Chicago Title and Trust (b) an undated Subpoena Rider to CNTRST Debt Recovery; (c) an undated Subpoena Rider to Eric Ferleger; and (d) an undated Subpoena Rider to Kluever and Platt. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

33. All Documents received from Alan Redzic, Tia Brasniac, or Real Realty.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set**

**forth in the Document Catalogue under the headings "Real Realty Documents," "Discovery Tendered by Michael Tannen," and "Emails." The Responsive Documents tendered under the heading "Real Realty Documents" include: (a) Real Realty Notice of Adverse Claim, dated 09-22-2018; (b) Real Realty Amended Notice of Adverse Claims with Exhibits, dated 09-24-2018; (c) Memorandum Decision on Centrust Motion to Compel, dated 07-24-2018; (d) Boulder Hill Management Agreement, dated 05-29-2015; (e) Subordination of Management Agreement, dated June, 2018; and, (f) Real Realty Response to Citation, dated 09-14-2018. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

34. All Documents, including monthly or annual statements, from 2015 to the present, Related To a financial account in the name of any of the Defendants.

**ANSWER:** YRY objects to this request as it is burdensome and the request is not calculated to lead to any relevant information. Also, this request is meant to harass YRY and cause it to expend unnecessary resources.

35. All of Your Tax Returns from 2010 to the present, including the tax returns of any affiliate or entity in which You have an interest.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Tax Returns." The Responsive Documents tendered under the heading "Tax Returns" include: (a) YRY 2014 Tax Returns, dated 09-15-2017; (b) YRY 2015 Tax Returns, dated 08-02-2017; (c) YRY**

**2016 Tax Returns, dated 08-02-2018; and (d) YRY 2017 Tax Returns, dated 09-16-2018. YRY will tender its tax returns for 2019 and 2020.**

36. All Documents related to the management of BHA.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Real Realty Documents." Responsive Documents tendered under the heading "Real Realty Documents" include: (a) Real Realty Notice of Adverse Claim, dated 09-22-2018; (b) Real Realty Amended Notice of Adverse Claims with Exhibits, dated 09-24-2018; (c) Memorandum Decision on Centrust Motion to Compel, dated 07-24-2018; (d) Boulder Hill Management Agreement, dated 05-29-2015; (e) Subordination of Management Agreement, dated June, 2018; and, (f) Real Realty Response to Citation, dated 09-14-2018.**

37. All Documents Related To the State Court Case.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under all headings. All tendered documents are responsive to Request No. 37.**

38. All Documents Related To or filed in litigation where Boulder Hill Condominium Association is a party, including, but not limited to, the case captioned Boulder Hill Condominium Association v. Terry Scarbeary.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the heading "Boulder Hill-Scarbeary Documents." The Responsive Documents tendered under the heading "Boulder Hill-Scarbeary Documents" include: (a) Alta Commitment-32 Rockey Way, Unit 8, dated 07-09-2018; (b) Certification of Leases, dated 06-07-2018; (c) Alta Statmenet, dated**

**06-11-2018; and, (d) List of Remaining Units, dated 07-18-2018.**

39. All Documents and or drafts Relating To any draft complaint against Centrust.

**ANSWER:** There are no such documents responsive to this request.

40. All Documents sent to PTCV or received from PTCV or any person or entity owning a direct or indirect interest in PTCV.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "PCTV Documents," and "Emails." The Responsive Documents tendered under the heading "PCTV Documents" include: (a) PCTV Purchase Agreement, dated 09-24-2020; (b) 2021 PCTV Annual Report, dated 08-01-2021; and, an Agreed Order regarding stipulations between the parties, dated 05-20-2021. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

41. All Documents relating to the prosecution or defense of the Motion for Judicial Determination in the State Court Case.

**ANSWER: The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Judicial Determination" and "Emails." Responsive Documents tendered under the heading "Judicial Determination" include (a) Centrust Motion for Judicial Determination with Exhibits attached, dated 05-30-2019; (b) undated Amended Submission of Intervenors; (c) undated Plaintiff's Response to Submission of Intervenors; (d)**

**Intervenors Reply in Support of Amended Submission, dated 04-15-2020; and (e) an Order regarding discovery, dated 05-13-2020. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

42. All emails referring to PTCV in the subject line or the body of the email.

**ANSWER: A list of the Documents contained in the Dropbox's are set forth in the Document Catalogue under the heading "Emails." The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

43. All Documents relating payment of the legal fees of PTCV or related to the formation, registration or operation of PTCV.

**ANSWER: There are no documents responsive to this request.**

44. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to ABS.

**ANSWER:  There are no such documents responsive to this request.**

45. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to PTCV.

**ANSWER: There are no such documents responsive to this request.**

46. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to ABS.

**ANSWER:  There are no such documents responsive to this request.**

47. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Tannen.

**ANSWER: YRY objects to this request as it is not calculated to lead to any relevant information, and is meant to harass YRY.**

48. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Gregory K. Stern and/or his law firm.

**ANSWER: There are no such documents responsive to this request.**

49. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Ariel Weissberg and/or his law firm.

**ANSWER:  YRY objects to this request as it is not calculated to lead to any relevant information, and is meant to harass YRY.**

50. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Michael S. Gotkin and/or his law firm.

**ANSWER: YRY objects to this request as it is not calculated to lead to any relevant information, and is meant to harass YRY.**

51. All checks, wire transfers, or other financial or bank records relating to payments or other financial transactions intended to be sent to or actually sent to Edward Malone and/or his

law firm.

**ANSWER:** **The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Financial Documents" and "Emails." The Responsive Documents tendered under the heading "Financial Documents" include: (a) a group of documents labeled Production 01 201902 of various dates; and, (b) a group of documents labeled Production 02 201902 of various dates. The Responsive Documents tendered under the heading "Emails" include (a) a group of emails sent by Michael Tannen, too numerous to list here; (b) a group of emails received by Michael Tannen, too numerous to list here; (c) a group of emails sent to or from Ariel Weissberg, too numerous to list here; and, (d) a group of emails received to or from Ariel Weissberg, too numerous to list here.**

52. All Documents concerning Your interest in each and every company, corporation, limited-liability company, partnership, trust, or other entity in which You hold any direct or indirect ownership, management, membership, or beneficiary interest.

**ANSWER:** **YRY objects to this request as it is not calculated to lead to any relevant information, and is meant to harass YRY. Without waiving this objection, YRY is tendering the following:**

**The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Tax Returns," "Financial Documents," "Emails," "Documents Produced in Response to Citations to Ruben Ybarra," "Ybarra Dropbox Documents" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Tax Returns" include: (a) Boulder 2011, LLC 2011 Tax Returns, dated 09-12-2012; (b) Boulder 2011, LLC,**

2012 Tax Returns, dated 03-22-2013; (c) Boulder 2011, LLC 2013 Tax Returns, dated 06-20-2014; (d) Boulder 2011, LLC 2014 Tax Returns, dated 05-28-2015; (e) Boulder 2011, LLC 2015 Tax Returns, dated 06-20-2017; (f) YRY 2014 Tax Returns, dated 09-15-2017; (g) YRY 2015 Tax Returns, dated 08-02-2017; (h) YRY 2016 Tax Returns, dated 08-02-2018; and, (i) YRY 2017 Tax Returns, dated 09-16-2018. The Responsive Documents tendered under the heading "Financial Documents" include: (a) a group of documents labeled Production 01 201902 of various dates; and, (b) a group of documents labeled Production 02 201902 of various dates. The Responsive Documents tendered under the heading "Documents Produced in Response to Citations to Ruben Ybarra' include: (a) Variously dated documents labeled Kingston and Bates stamped 000001 through 001475; (b) Variously dated documents labeled Kingston and Bates stamped 000092.1 through 000869.1; (c) Variously dated documents labeled UNB and Bates stamped 000001 through 000217; (d) Variously dated documents labeled YBY and Bates stamped 000001 through 000525; (e) Variously dated documents labeled YY and Bates stamped 000001 through 000222; (f) Variously dated documents labeled YY and Bates stamped 000001.1 through 000134.1; (g) an undated Citation Notice to Yolanda Ybarra; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (i) Discovery Compliance Order, dated 06-06-2018; and, (j) Third-Party Citation to YRY, dated 10-13-2017. The Responsive Documents tendered under the heading "Ybarra Dropbox Documents" include: (a) Variously dated appraisals for various properties; (b) Variously dated Boulder Hill Apartment, LLC corporate documents; (c) Variously dated notice of code violations for Boulder Hill property; (d) Variously dated capital improvement accountings for Boulder Hill

property; (e) Variously dated Condominium Declarations; (f) Variously dated income and expense accountings; (g) Insurance policy dated 05-05-2020; (h) Lease executed by Tenant-Kahn, dated 05-20-2014; (i) Management Contract, dated 05-29-2015; (j) Offering Memorandum, dated 07-13-2016; (k) Various photographs of building assets; (l) Property condition Assessment and Phase I report, dated 05-10-2014; (m) Survey of Boulder Hill property, dated 07-17-2017; and, (n) Various title documents. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.

53. All Documents concerning Yolanda's interest in each and every company, corporation, limited-liability company, partnership, trust, or other entity in which Yolanda holds any direct or indirect ownership, management, membership, or beneficiary interest.

**ANSWER:** **YRY objects to this request as it is not calculated to lead to any relevant information, and is meant to harass YRY. Without waiving this objection, YRY is tendering the following:**

**The Responsive Documents are contained in the Dropbox's and are set forth in the Document Catalogue under the headings "Tax Returns," "Financial Documents," "Emails," "Documents Produced in Response to Citations to Ruben Ybarra," "Ybarra Dropbox Documents" and "Package from Michael Tannen." The Responsive Documents tendered under the heading "Tax Returns" include: (a) Boulder 2011, LLC 2011 Tax Returns, dated 09-12-2012; (b) Boulder 2011, LLC,**

2012 Tax Returns, dated 03-22-2013; (c) Boulder 2011, LLC 2013 Tax Returns, dated 06-20-2014; (d) Boulder 2011, LLC 2014 Tax Returns, dated 05-28-2015; (e) Boulder 2011, LLC 2015 Tax Returns, dated 06-20-2017; (f) YRY 2014 Tax Returns, dated 09-15-2017; (g) YRY 2015 Tax Returns, dated 08-02-2017; (h) YRY 2016 Tax Returns, dated 08-02-2018; and, (i) YRY 2017 Tax Returns, dated 09-16-2018. The Responsive Documents tendered under the heading "Financial Documents" include: (a) a group of documents labeled Production 01 201902 of various dates; and, (b) a group of documents labeled Production 02 201902 of various dates. The Responsive The Responsive Documents tendered under the heading "Documents Produced in Response to Citations to Ruben Ybarra' include: (a) Variously dated documents labeled Kingston and Bates stamped 000001 through 001475; (b) Variously dated documents labeled Kingston and Bates stamped 000092.1 through 000869.1; (c) Variously dated documents labeled UNB and Bates stamped 000001 through 000217; (d) Variously dated documents labeled YBY and Bates stamped 000001 through 000525; (e) Variously dated documents labeled YY and Bates stamped 000001 through 000222; (f) Variously dated documents labeled YY and Bates stamped 000001.1 through 000134.1; (g) an undated Citation Notice to Yolanda Ybarra; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (h) Garnishment Summons to Boulder Hill, dated 03-30-2018; (i) Discovery Compliance Order, dated 06-06-2018; and, (j) Third-Party Citation to YRY, dated 10-13-2017. The Responsive Documents tendered under the heading "Ybarra Dropbox Documents" include: (a) Variously dated appraisals for various properties; (b) Variously dated Boulder Hill Apartment, LLC corporate documents; (c) Variously dated notice of code violations for Boulder Hill property; (d) Variously dated capital improvement accountings for

Boulder Hill property; (e) Variously dated Condominium Declarations; (f) Variously dated income and expense accountings; (g) Insurance policy dated 05-05-2020; (h) Lease executed by Tenant-Kahn, dated 05-20-2014; (i) Management Contract, dated 05-29-2015; (j) Offering Memorandum, dated 07-13-2016; (k) Various photographs of building assets; (l) Property condition Assessment and Phase I report, dated 05-10-2014; (m) Survey of Boulder Hill property, dated 07-17-2017; and, (n) Various title documents. The Responsive Documents tendered under the heading "Package from Michael Tannen" include: (a) Various Boulder Hill Documents; (b) Various pleadings; (c) Various documents regarding Ruben Ybarra; (d) Various documents regarding YRY; (e) Ruben Ybarra Citation Examination Transcript, dated 04-21-2017; and, (f) Settlement Agreement between YRY and the Shayrin Parties, dated 04-24-2015.

**YRY HOLDINGS, LLC**, Defendant

By: _____
One of its attorneys

Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004
F. 312-663-1514
Email: ariel@weissberglaw.com

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, an attorney, certify pursuant to Section 1-109 of the Code of Civil Procedure, that on July 21, 2022, I caused to be served the foregoing *Defendant, YRY Holdings, LLC's Second Amended Answer to Plaintiff's First Document Requests* upon the following parties by electronic transmission:

Adam Brent Rome, Esq.
Zachary Mulcrone, Esq.
Greiman Rome & Griesmeyer LLC
205 West Randolph, Suite 2300
Chicago, IL 60606
Email: arome@grglegal.com; zmulcrone@grglegal.com

William J. Factor, Esq.
Isaiah Fishman, Esq.
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Email: wfactor@wfactorlaw.com; ifishman@wfactorlaw.com

_____
Ariel Weissberg

## VERIFICATION

I, Yolanda Ybarra, under penalty of perjury and other penalties provided by law pursuant to 28 U.S.C. 1746 of the United States Code, certify that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

_Yolanda Ybarra_
Yolanda Ybarra

# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CENTRUST BANK, N.A. ) | |
| ) | Case No. 21-cv-02576 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Hon. Judge Sara L. Ellis |
| ) | |
| RUBEN YBARRA, YRY HOLDINGS, LLC ) | Hon. Magistrate Judge Maria Valdez |
| and BOULDER HILL APARTMENTS, LLC ) | |
| ) | |
| *Defendants.* ) | |

**DEFENDANTS' AMENDED PRIVILEGE LOG**
**July 20, 2022**

| 06-10-16 | Sender: snmalitz@arnstein.com Recipients: rubeny23@hotmail.com; JMHurwitz@arnstein.com | Fw: Select Funding v. 7550 Kingston, et al. (Status) [IWOV-ACTIVE.FID2440092] Attorney engagement terms | Attorney-client |
|---|---|---|---|
| 07-06-16 | Sender:JMHurwitz@arnstein.com Recipient: rubeny23@hotmail.com | Fw: Engagement letter re Kingston, LLC, Ruben Ybarra and Yolanda Ybarra re Litigation of Foreclosure Defense and Insurance Claim | Attorney-client |
| 07-07-16 | Sender: rubeny23@hotmail.com Recipients: snmalitz@arnstein.com; JMHurwitz@arnstein.com | Topics Client suggestions to attorneys for responding to Citation proceedings and settlements | Attorney-client; Strategy |
| 08-04-16 through -08-08-2016 | Sender:snmalitz@arnstein.com Recipients: rubeny23@hotmail.com JMHurwitz@arnstein.com | Fw: Citation Hearing 8/2/16 (Rule, Charging Order) [IWOV-ACTIVE.FID2440091]- Attorney enclosing copy of order and discussions of ways to proceed and possible outcomes of each way of proceeding concerning citations | Attorney-client; strategy |
| 09-13-16 | Sender: kmgriffin@arnstein.com Recipient: rubeny23@hotmail.com | Fw: open balance Arnstein & Lehr LLP Attorney request for payment to client | Attorney-client |

1

| | | | |
|---|---|---|---|
| 09-16-18 | Sender: rubeny23@hotmail.com<br>Recipient: ariel@weissberglaw.com | Timeline of and strategy with Attachments<br>Client explanation of how opposing counsel is misleading the court with references to previous emails | Attorney-client; stategy |
| 09-19-16 | Sender:JMHurwitz@arnstein.com<br>Recipients:<br>snmalitz@arnstein.com<br>MJPollock@arnstein.com<br>rubeny23@hotmail.com | FW: YRY Holdings, LLC – docs-<br>Ybarra Estate Planning and documents | Attorney-client Work Product |
| 08-24-12 | Sender:<br>Anderson@comanderson.com<br>Recipients:<br>rubeny23@hotmail.com<br>ryabbar@develcoinvestments.com<br>dnewby@commanderson.com | Fw: Jonathan Strouse re Ybarra-Responses on Golenia, Centrust, Harris and Wintrust matters | Attorney-client |
| 02-21-27 | Sender: rubeny23@hotmail.com<br>Recipient: mjpollock@arnstein.com | Fw: Jonathan Strouse re Ybarra Responses on Golenia-Forwarding previous email | Attorney-client |
| 05-31-19 | Sender: anna@weissberglaw.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>hava@weissberglaw.com | Ruben Ybarra<br>Transmitting personal information | Attorney-client |
| 06-03-19 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com | Centrust, N.A. A National Banking Association v. Ruben Ybarra 10 L 050077<br>Adverse claim discussion | Attorney-client |
| 06-11-19 | Sender: mtannen@tannenlaw.com<br>Recipient: ariel@weissberglaw.com | Status<br>Centrust representation questions and strategy | Work Product |
| 06-12-19 | Sender: ariel@weissberglaw.com<br>Recipient: mtannen@tannenlaw.com | Re: Status Strategy against Teitelbaum | Work product |
| 06-12-19 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Timeline of and strategy with Attachments<br>Client explanation of how opposing counsel is misleading the court with references to previous emails<br>Now being emailed to present attorney | Attorney-client; stategy |

| 06-12-2019 | Sender:mtannen@tannenlaw.com<br>Recipient:<br>lonnieybarra@yahoo.com | Centrust and Teitelbaum strategy | Attorney-client |
| 06-14-19 | Sender:mtannen@tannenlaw.com<br>Recipients:rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Are we talking today at 10:00 CDT//My cellphone number is )312) 320-2958-Private information | Attorney-client |
| 06-17-19 | Sender :ariel@weissberglaw.com<br>Recipients: rubeny23@hotmail.com<br>mtannen@tannenlaw.com | RE: Charging Orders—Statute became effective 2017—no sale of membership interest only the distributional share can be sold. But that rarely happens because a charging order is sufficient to accomplish the same goal. Status of orders | Attorney-client |
| 06-20-19 | Sender: mtannen@tannenlaw.com<br>Recipient: lonnieybarra@yahoo.com | Re: Can you talk tomorrow after 3:00 CDT?<br>3 emails Requesting to discuss and discussing Centrust and Teitelbaum proceeding | Attorney-client |
| 06-26-19 | Sender: mtannen@tannenlaw.com<br>Recipients:rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: The Case<br>Filing of Petition to Intervene | Attorney-client |
| 06-26-19 | Sender: mtannen@tannenlaw.com<br>Recipients:rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>tmalloy@tannenlaw.com<br>jarenson@tannenlaw.com | Re: The Case<br>Questions regarding equity in apartment building | Attorney-client |
| 06-30-19 | Sender:mtannen@tannenlaw.com<br>Recipients:rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | FW: Centrust v. Ybarra, Case No. 10 L 50077<br>Adverse claims discussion | Attorney-client |
| 07-31-19 | Sender: mtannen@tannenlaw.com<br>Recipients: ariel@weissberglaw.com<br>tmaloy@tannenlaw.com | Centrust<br>Background information of Centrust and Teitelbaum; status of citations | Attorney-client; Work product |
| 08-16-19 | Sender: mtannen@tannenlaw.com<br>Recipients: rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Centrust v. Ybarra-Provisions of protective order | Attorney-client |
| 08-19-2019 | Sender: mtannen@tannenlaw.com<br>Recipient:mgotkin@flash.net | RE: Our telephone call-proceeding before Judge Henegahn<br>Discussion of arguments | Work product |
| 08-21-19 | Sender:cpilkington@pilkingtonlaw.com<br>Recipient: lonnieyabrra@yahoo.com | Rule 206 Notice- Ypolanda Deposition preparation | Attorney-client; |

| 08-23-2019 | Sender: mtannen@tannenlaw.com<br>Recipients: rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | FW: Centrust/<br>Ybarra discussing opposing counsel | Attorney-client<br>Work Product |
|---|---|---|---|
| 08-24-19 | Sender: mtannen@tannenlaw.com<br>Recipient: lonnieybarra@yahoo.com | Re: Centrust/ Ybarra -<br>Proceeding strategy | Attorney-client |
| 08-24-19 through 08-25-19 | Sender: mtannen@tannenlaw.com<br>Recipients rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: CENTRUST<br>Discussion of underlying debt and review of letter to opposing counsel | Attorney-client<br>Work Product |
| 08-25-19 | Sender: rubeny23@hotmail.com<br>Recipients mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: CENTRUST<br>Reply to request for information on debt | Attorney-client |
| 08-26-19 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | RE: Centrust v Ybarra<br>Clients corporate holdings and position | Attorney-client |
| 08-26-19 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | FW: Centrust v Ybarra<br>Status of protective order | Attorney-client |
| 08-27-19 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust v Ybarra<br>Nature and extent of Ruben relationship with Teitelbaum | Attorney-client |
| 09-04-19 | Sender:lloyd@lloydward.com<br>Recipient:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | RE: YRY Holdings/Centrust-<br>PRIVILEGED<br>COMMUNICATION<br>Discussions regarding protective order | Attorney-client<br>Work Product |
| 09-04-19 | Sender: lonnieybarra@yahoo.com<br>Recipient: mtannen@tannenlaw.com | Rule 206 Notice<br>Preparation for Yolanda's deposition | Attorney-client |
| 09-16-19 | Sender:rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust v Ybarra<br>Client providing information on Boulder Hill account | Attorney-client |
| 09-20-20 | Senderrubeny23@hotmail.com<br>Recipient: mtannen@tannenlaw.com | FW: YRY<br>Holdings, LLC –<br>docs-Ybarra<br>Estate Planning and documents | Attorney-Client: Work Product |
| 09-26-19 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust<br>Centrust relationship with Teitelbaum | Attorney-client |
| 09-26-19 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust<br>Accounting and discovery pending before Heneghan | Attorney-client |

| 09-27-19 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com | Re: Sanction request –<br>Discussion of documents<br>claiming Ruben controlled<br>YRY | Attorney-<br>client<br>Work Product |
| --- | --- | --- | --- |
| 09-30-19 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>Kimberly.griffin@saul.com | Fw: YRY/Kingston Sanction<br>strategy<br>Copies of previous attorney<br>invoices | Attorney-<br>client |
| 09-30-19 | Sender:rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: YRY/Kingston<br>Enclosing Pilkington emails<br>discussing Sanction strategy | Attorney-<br>client |
| 09-30-19 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com | Re: YRY/Kingston<br>Sanction strategy | Attorney-<br>client |
| 09-31-19 | Sender: mtannen@tannenlaw.com<br>Recipient: Lonnieybarra@yahoo.com | Re: Sanctions<br>Discussion regarding<br>Teitelbaum/Ferleger/Centrust<br>relationship. | Attorney=clie<br>nt; strategy |
| 10-01-19 | Sender:rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com | Re: Centrust/Kingston<br>Sanction Strategy | Attorney-<br>client<br>Work Product |
| 10-07-19 | Sender: mtannen@tannenlaw.com<br>Recipients: ariel@weissberglaw.com<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com | RE:The Kingston<br>Case and The<br>Centrust Bank<br>Case<br>Pre-judgment<br>attachment issues | Attorney-<br>client<br>Work Product |
| 10-08-19 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com | Re: Another question:<br>was Giese with Markoff Law in<br>August 2015 when the<br>agreement between CNTRST<br>and the Bank was signed?? | Attorney-<br>client |
| 10-11-19 | Sender: ariel@weissberglaw.com<br>Recipients:<br>mtannen@tannenlaw.com<br>rubeny23@hotmail.com | FW: Monarch Hospice &<br>Palliative Care, Inc. et al v.<br>Yolanda Ybarra, Case No.<br>2017-L-002957 | Work Product |

| | | Review of Legal Bills | |
|---|---|---|---|
| 11-22-19 | Sender:rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | Re: Centrust<br>Discussion of hearings before Heneghan | Attorney-client<br>Work Product |
| 12-18-19 | Sender: rubeny23@hotmail.com<br>Recipients:<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com<br>mgotkin@flash.net | Bennett<br>Settlement parameters from client | Attorney-client |
| 12-18-19 | Sender: rubeny23@hotmail.com<br>Recipients: lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com<br>mgotkin@flash.net | Re: DRAFT Affidavit;<br>Discussion of pending administrative actions and building violations | Attorney-client |
| 10-22-2019 | Sender: mtannen@tannenlaw.com<br>Recipient:<br>RubenY23@hotmail.com | Re: CNTRST's Motion for Substitution of Judge & DRAFT Objections; strategy discission | Attorney-client<br>Work Product |
| 12-17-19 | Sender: RubenY23@hotmail.com<br>Recipients:<br>mgotkin@flash.net<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com | Re: YRY – Call<br>with Cathy<br>Problems with a property settlement | Attorney-client |
| 12-20-2019 | Sender:cpilkington@pilkingtonlaw.com<br>Recipients:<br>mgotkin@flash.net<br>lonnieybarra@yahoo.com<br>RubenY23@hotmail.com | Re: Defendants' Motion to Enforce Settlement & DRAFT YRY Motion to Enforce Settlement<br>Enclosing copies to client for approval | Attorney-client<br>Work Product |
| 01-02-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com<br>mgotkin@flash.net<br>alan.realrealty@gmail.com | Re: Golenia v. Ybarra<br>Strategy for responding to Requests for Documents | Attorney-client |
| 02-04-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | Re: Centrust<br>Client's recitation of facts regarding citation | Attorney-client |
| 02-05-20 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust—David Newby-<br>Discussion regarding citation | Attorney-client |

6

| | | examination proceeding- piercing corporate veil | |
|---|---|---|---|
| 02-12-20 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Ybarra Docs<br>Authorizations to speak and estate planning documents | Attorney-client |
| 02-14-20 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com<br>mtannen@tannenlaw.com | Re: Centrust//<br>Michael<br>Tuchman<br>Factual<br>Background from client<br>client | Attorney-client |
| 03-13-20 | Sender:mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com | RE:<br>Kingston<br>Citation<br>strategy<br>during<br>COVID and<br>enclosing<br>email of<br>same date | Attorney-client |
| 03-03-20 | Sender: rubeny23@hotmail.com<br>Recipient: mtannen@tannenlaw.com | Fw: boulders<br>Acquisition of corporate assets and forwarding previous email from 2011 | Attorney-client |
| 04-01-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | Documents<br>Legal effect of previous estate planning documents | Attorney-client |
| 04-01-20 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | Golenia<br>Settlement<br>Authority for<br>settlement | Attorney-client<br>Work Product |
| 04-02-2020 | Sender: mtannen@tannenlaw.com<br>Recipient: rubeny23@hotmail.com | RE: Ruben Ybarra shared "MT AW Levenfeld" with you<br>Client dropbox password | Attorney-client<br>Work Product |

| | | | |
|---|---|---|---|
| 04-02-20 through 04-03-20 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com ariel@weissberglaw.com lonnieybarra@yahoo.com | RE: Ybarra Amended Response to Motion for a Charging Order—FINAL 4-2-20 Discussion of language and edits | Attorney-client Work Product |
| 04-02-20 through 04-03-20 | Sender: mtannen@tannenlaw.com Recipients: ariel@weissberglaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com | Re: ASSIGNMENT ACCEPTANCE AND CONSENT Circulating RUBEN YBARRA JR ASSIGNOR RUBEN YBARRA JR FAMILY INSURANCE TRUST (2011) ASSIGNEE.pdf Dropbox documents | Attorney-client Work Product |
| 04-03-20 | Sender: mtannen@tannenlaw.com Recipient: ariel@weissberglaw.com | Golenia Red-lined charging order for approval | Work Product |
| 04-06-20 | Sender: mtannen@tannenlaw.com Recipients rubeny23@hotmail.com lonnieybarra@yahoo.com | Re: Boulder Hill Proceeding for and T-2 legal fees | Attorney-client |
| 04-11-20 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com | Fw: Deals, etc Discussion of buyout strategy for Boulder Hill | Attorney-client |
| 04-18-20 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com ariel@weissberglaw.com lonnieybarra@yahoo.com | Updates Strategy discussion on 5 pending matters | Attorney-client |
| 04-20-2020 | Sender: mtannen@tannenlaw.com Recipient:gblackman@lplegal.com | Yolanda Ybarra Estate Planning concerns | Attorney-client Work Product |
| 04-21-20 | Sender:mtannen@tannenlaw.com Recipients: ariel@weissberglaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com | Yolanda Ybarra validity of Estate Plan | Attorney-client |
| 04-22-2021 | Sender: ariel@weissberglaw.com Recipient: mtannen@tannenlaw.com | Untitled Disagreement among co-counsel | Attorney-client |
| 04-22-20 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com | Fw: Jonathan Strouse re Ybarra Scope of Yolanda Ybarra citation exam | Attorney-client |

8

| | ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | | |
|---|---|---|---|
| 04-22-20 | Sender:rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>manderson@agdglaw.com | Fw: Wintrust settlement?<br>Series of emails discussing sale of judgment | Attorney-client |
| 04-24-20 | Sender: ariel@weissberglaw.com<br>Recipients:<br>hava@weissberglaw.com<br>jacob@weissberglaw.com<br>chris@weissberglaw.com | FW: Ybarra Subpoena | Work Product |
| 04-24-20 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Centrust Bank v. Ybarra 10 L 500 hearing before<br>Judge Heneghan | Attorney-client |
| 04-29-2020 | Sender:ariel@weissberglaw.com<br>Recipient: mtannen@tannenlaw.com | FW: Centrust re<br>Voided enforcement proceedings | Work Product |
| 05-09-20 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>cpilkington@pilkingtonlaw.com | Fw: Orders of Receivership<br>Discussion on veracity of Ferleger testimony | Attorney-client |
| 05-09-20 | Sender: rubeny23@hotmail.com<br>Recipient:<br>mtannen@tannenlaw.com | Fw: Executed Agreement<br>Client concerns with document contents | Attorney-client |
| 05-11-20 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>YbarraFamily5@outlook.com | RE: Contact information | Attorney-client |
| 05-11-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | Re: Orders of<br>Receivership<br>Discussion<br>regarding previous testimony and evidence | Attorney-client |
| 05-11-20 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust<br>Client suggestions of defenses in proceedings | Attorney-client |
| 05-12-20 through 05-13-20 | Sender:cpilkington@pilkingtonlaw.com<br>Recipient: mtannen@tannenlaw.com | RE: The Right Hand and the Left Hand | Work Product |

9

| | | Defenses to action on a note and Shayrin matter | |
|---|---|---|---|
| 05-12-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com | Re: Path<br>Discussion regarding proceeding before Judge Henegahn | Attorney-client<br>Work Product |
| 05-18-20 | Sender: rubeny23@hotmail.com<br>Recipient: mtannen@tannenlaw.com | Fw: Boulders<br>Purchase of assets possible fraudulent conveyance discussion | Attorney-client |
| 05-20-20 through 06-10-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com<br>hava@weissberglaw.com | Monarch<br>Links between Teitelbaum and Ferleger | Attorney-client<br>Work Product |
| 05-20-20 | Sender:hava@weissberglaw.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com | Ferleger<br>Circulating previous privilege log | Work Product |
| 05-20-20 through 05-21-20 | Sender:mtannen@tannenlaw.com<br>Recipient:<br>ED.MALONE@bfkn.com | RE: Centrust//Ybarra//Work Product//Common Interest Privilege per Common Law and Court Order.<br>Exchanging draft of timeline for editing | Work Product |
| 05-21-20 | Sender: mtannen@tannenlaw.com<br>Recipient: rubeny23@hotmail.com | Re: Burning the midnight oil-Litigation strategy in matters involving Kingston and Ferleger | Attorney-client |
| 05-21-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>cpilkington@pilkingtonlaw.com<br>mtannen@tannenlaw.com | Fw: Engagement letter re Kingston, LLC, Ruben Ybarra and Yolanda Ybarra re Litigation of Foreclosure Defense and Insurance Claim-Copies sent of engagement letter | Attorney-client |
| 05-21-20 | Sender: rubeny23@hotmail.com<br>Recipient: mtannen@tannenlaw.com | Client forwarding previous email containing Client suggestions to attorneys for responding to Citation proceedings and settlements | Attorney-client |
| 05-26-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com | Re: Back in the saddle<br>Strategy before Judge Heneghan | Attorney-client |

| | lonnieybarra@yahoo.com | | |
|---|---|---|---|
| 05-28-20 | Sender:rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Summary<br>Defense strategy of YRY as set<br>forth by client | Attorney-<br>client |
| 06-05-20 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>lonnieybarra@yahoo.com<br>tmaloy@tannenlaw.com<br>arenson@tannenlaw.com | FW: CNTRST DEBT<br>RECOVERY CORP. – 7033-<br>165-9// Interesting<br>Discussion of backgrounds of<br>opposing counsel | Attorney-<br>client |
| 06-09-20 | Sender:rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Levenfeld<br>Resolving Golenia matter | Attorney-<br>client |
| 06-09-20<br>through<br>06-10-20 | Sender: mtannen@tannenlaw.com<br>Recipients: rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Yolanda Ybarra Estate | Attorney-<br>client |
| 06-09-20 | Sender:<br>mtannen@tannenlaw.com<br>Recipients:<br>lonnieybarra@yahoo.com<br>rubeny23@hotmail.com<br>tmaloy@tannenlaw.com<br>arenson@tannenlaw.com | Re: Centrust<br>Questions concerning Ferleger | Attorney-<br>client |
| 06-10-20 | Sender:<br>rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Monarch… Bennett….<br>Discussion of Monarch and<br>Ferleger relationship | Attorney-<br>client |
| 06-10-20 | Sender: rubeny23@hotmail.com<br>Recipient:<br>mtannen@tannenlaw.com | Protective order<br>Goals in discovery discussion | Attorney-<br>client |
| 06-10-20<br>through 06-<br>12-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Monarch<br>Discussion of the link between<br>Teitelbaum and Ferleger to the<br>Monarch case. | Attorney-<br>client |
| 06-13-20 | Sender:rubeny23@hotmail.com<br>Recipients: | Centrust | Attorney-<br>client |

| | | | |
|---|---|---|---|
| | mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com<br>tmaloy@tannenlaw.com<br>arenson@tannenlaw.com | Teitelbaum and Ferleger relationship | Work Product |
| 06-13-20 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust<br>Insurance policy of bank and strategy | Attorney-client |
| 06-13-20 | Sender: mtannen@tannenlaw.com<br>Recipients: rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Centrust<br>Filing motion against Centrust | Attorney-client-stategy |
| 06-24-20 | Sender:rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | Insurance Trust & Constructive Fraud --- Golenia- strategy | Attorney-client |
| 06-30-20 through 07-01-20 | Sender:<br>cpilkington@pilkingtonlaw.com<br>Recipients:<br>mtannen@tannenlaw.com<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: v6 –<br>Complaint preparation and drafting | Attorney-client<br>Work Product |
| 07-12-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | Now What…?-predictions, Discussion of tactics and strategy from client for representation | Attorney-client |
| 07-12-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com<br>cpilkington@pilkingtonlaw.com | Kingston Sanctions – SEAL<br>Discussion of Terms for Settlement | Attorney-client |
| 07-13-20 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust<br>Discussion of possible adverse claims | Attorney-client |
| 07-27-20 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>tmeloy@tannenlaw.com<br>jarenson@tannenlaw.com | Re: Centrust//Third Amended Proposed Timeline-<br>Series of emails discussing litigation strategy | Attorney-client |
| 07-28-20 | Sender:mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Centrust Bank v. Ybarra//10 L 50077-preparation of memo to Judge Heneghan | Attorney-client |

12

| | | | |
|---|---|---|---|
| 07-29-20 | Sender: rubeny23@hotmail.com<br>Recipient: mtannen@tannenlaw.com | Fw: Citation Hearing 8/2/16 (Rule, Charging Order) [IWOV-ACTIVE.FID2440091] Client forwarding to attorney previous emails from Attorney enclosing copy of order and discussions of ways to proceed and possible outcomes of each way of proceeding concerning citations | Attorney-client; strategy |
| 07-29-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Discussion regarding motions pertaining to Rule 137 to protect documents | Attorney-client |
| 07-29-20 | Sender:rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust v. Ybarra (1/26/16 Court)<br>Discussion of Teitelbaum's knowledge prior to receiver appointment-Ruben not a manager | Attorney-client |
| 08-06-20 | Sender:rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | 2 points-<br>Issues to argue in hearing regarding assignments | Attorney-client |
| 08-06-20 | Sender:mtannen@tannenlaw.com<br>Recipients<br>Ybarrafamily5@outlook.com<br>lonnieybarra@yahoo.com | Centrust Bank NA v. Ruben Ybarra-<br>Discussion of relationship between Shapiro and McMahon | Attorney-client |
| 08-06-20 | Sender: rubeny23@hotmail.com<br>Recipient: mtannen@tannenlaw.com | Fw: open balance Arnstein & Lehr LLP-attorney request-Client forward previous email-possible conflict of interest discussion for payment to client | Attorney-client; Strategy |
| 08-19-20 | Sender:mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | FW: Centrust Bank v. Ruben Ybarra//Case No. 2010 L 050077<br>Conversations regarding drafting response to Feinberg email | Attorney-client |
| 08-17-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | global dollars<br>Goal of acquiring judgments | Attorney-client |
| 08-17-20 | Sender: mtannen@tannenlaw.com<br>Recipients: | Re: Centrust | Attorney-client |

| | rubeny23@hotmail.com lonnieybarra@yahoo.com | Judgment and settlement amount, demands and offers | |
|---|---|---|---|
| 08-19-20 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com | Re: Centrust Bank v. Ruben Ybarra Case No. 2010 L Interactions with opposing counsel | Attorney-client |
| 08-24-20 | Sender: mtannen@tannenlaw.com Recipients: rubeny23@hotmail.com lonnieybarra@yahoo.com tmeloy@tannenlaw.com jarenson@tannenlaw.com | Settlement Discussions/Counter-Demand | Attorney-client Work Product |
| 08-24-20 | Sender:mtannen@tannenlaw.com Recipient: dfeinberglaw@aol.com mtannen@tannenlaw.com | RE: Settlement Discussions/Counter-Demand | Not privileged |
| 08-25-20 | Sender: dfeinberglaw@aol.com Recipient: mtannen@tannenlaw.com | RE: Settlement Discussions/Counter-Offer | Not privileged |
| 08-25-20 | Sender: mtannen@tannenlaw.com Recipients: rubeny23@hotmail.com lonnieybarra@yahoo.com | Settlement Discussions/Counter-Demand | Attorney-client Work Product |
| 08-26-20 through 08-27-20 | Sender: ariel@weissberglaw.com Recipients: mtannen@tannenlaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com | RE: To Do List—attorney client privileged communication— CONFIDENTIAL Discussion concerning formation of new entities | Attorney-client Work Product |
| 08-25-20 through 08-26-20 | Sender:mtannen@tannenlaw.com Recipient: dfeinberglaw@aol.com | Re: discussions regarding settlement | Settlement |
| 08-07-20 | Sender: cpilkington@pilkingtonlaw.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com | Fwd: Revised Settlement Agreement Circulating proposed Settlement Agreement for approval | Attorney-client Work Product |
| 09-08-20 | Sender: mtannen@tannenlaw.com Recipient: rubeny23@hotmail.com | Draft ABS YRY Settlement Agreement aw v-1 Copy of Settlement Agreement to client for review | Work Product |
| 09-09-20 | Sender:ariel@weissberglaw.com Recipients: mtannen@tannenlaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com | ABS YRY Settlement Agreement aw v.2 redline (9-9-20) Circulating Draft Settlement Agreement for comments | Work Product |
| 09-09-20 | Sender: mtannen@tannenlaw.com Recipients: ariel@weissberglaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com | Draft ABS YRY Settlement Agreement September 2020 | Work Product |

14

| | | Circulating Draft Settlement Agreement for comments | |
|---|---|---|---|
| 09-09-20 | Sender: ariel@weissberglaw.com Recipients: mtannen@tannenlaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com monica@gregstern.com | Settlement Agreement YRY aw v.1 redline (9-8-20) Confidential Attorney Client Privileged Circulating Draft Settlement Agreement for comments | Work Product |
| 09-09-20 | Sender mtannen@tannenlaw.com Recipients: ariel@weissberglaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com | Centrust/ABS Circulating drafts of proposed settlement agreement | Work Product |
| 09-09-20 | Sender: ariel@weissberglaw.com Recipients: mtannen@tannenlaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com | Centrust Bank/ABS Circulating drafts of proposed settlement agreement | Attorney-client Work product |
| 09-14-20 | Sender:mtannen@tannenlaw.com Recipients: monica@gregstern.com dfeinberglaw@aol.com | RE: Settlement Discussions on wording of settlement agreement | Settlement |
| 09-14-20 | Sender: monica@gregstern.com Recipients: mtannen@tannenlaw.com dfeinberglaw@aol.com | RE: Settlement Terms of settlement concerning YRY, BHA and ABS | Settlement |
| 09-15-20 | Sender:ariel@weissberglaw.com Recipients: rubeny23@hotmail.com monica@gregstern.com mtannen@tannenlaw.com lonnieybarra@yahoo.com | Emailing: Ybarra Release ABS (9-15-20) Circulation of Release for input | Attorney-client Work Product |
| 09-16-20 | Sender: mtannen@tannenlaw.com Recipients: ariel@weissberglaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com | Centrust discussions concerning adding parties and signatories | Work Product; joint defense |
| 09-16-20 | Sender: ariel@weissberglaw.com Recipients: mtannen@tannenlaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com monica@gregstern.com | Emailing: PTCV. Purchase Agreement of Judgment (9-15-20) Circulating proposed agreement for review and approval | Work Product |
| 09-18-20 | Sender:ariel@weissberglaw.com Recipients: mtannen@tannenlaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com monica@gregstern.com dfeinberglaw@aol.com | Centrust/ABS Circulating changes to release agreement | Work Product |

| 09-18-20 | Sender:mtannen@tannenlaw.com<br>Recipient:dfeinberglaw@aol.com | Reply<br>Revisions during preparation of Release | Work Product |
|---|---|---|---|
| 10-08-20 | Sender:mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Centrust//<br>Redlined Notice<br>of<br>claim<br>Sent to client for approval | Attorney-client |
| 10-13-20 | Sender: mtannen@tannenlaw.com<br>Recipients: rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Centrust prosed request to admit | Attorney-client |
| 10-13-20 through 10-14-20 | Sender: mtannen@tannenlaw.com<br>Recipients: ariel@weissberglaw.com<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Fw: Centrust discovery requests | Attorney-client |
| 10-29-20 | Sender:rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | issues in discovery and tortious interference claims | Attorney-client |
| 11-03-20 | mtannen@tannenlaw.com<br>Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust v. Ybarra, et al;<br>Case No. 10 L 050077<br>Bank's response in court to assignments | Attorney-client |
| 11-03-20 | Sender: mtannen@tannenlaw.com<br>Recipients<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>tmeloy@tannenlaw.com<br>jarenson@tannenlaw.com | Re: Centrust v. Ybarra, et al;<br>Case No. 10 L 050077-<br>Discussion of hearings before Heneghan | Attorney-client |
| 11-05-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Centrust Bank N.A. v. Ruben Ybarra--Bank's<br>Discussion regarding Joyce obtaining lawyer | Attorney--client |
| 11-20-20 | Sender:rubeny23@hotmail.com<br>Recipient: mindy@salyer.law | DJJ v. Nedalva Settlement<br>Client suggestions for terms included in settlement | Attorney-client |
| 12-16-20 through 12-17-20 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mindy@salyer.law<br>donaldjjones@yahoo.com<br>amanda@salyer.law<br>mtannen@tannenlaw.com | RE: DJJ Neldava<br>Discussion of deposition preparation and settlement issues | Attorney-client |
| 01-05-21 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com | Fw: Jonathan Strouse re Ybarra-scope of third party | Attorney-client |

16

| | | | |
|---|---|---|---|
| | ariel@weissberglaw.com | proceedings-Forwarding previous email | |
| 01-13-21 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com ariel@weissberglaw.com | Update… Client's proposed strategy for all matters | Attorney-client |
| 01-21-21 | Sender:rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com | 1:30 Its Gameday Motion for Judicial Determination hearing strategy | Attorney-client |
| 02-04-21 | Sender: rubeny23@hotmail.com Recipient: mtannen@tannenlaw.com | Re: RE: Drafting of Preservation Order | Attorney-client |
| 02-04-21 | Sender: rubeny23@hotmail.com Recipient: mtannen@tannenlaw.com | Untitled- proceeding against Guerino Strategy discussion regarding a witness | Attorney-client |
| 02-18-21 through 02-19-21 | Sender: cpilkington@pilkingtonlaw.com Recipients: mtannen@tannenlaw.com rubeny23@hotmail.com lonnieybarra@yahoo.com ariel@wesiberglaw.com | Fwd; Fw order (CNTRST Debt v. 7550 Kingston) Discussion on settlement or proceedings | Attorney-client Settlement |
| 02-19-21 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com | Offense Discussion regarding preparation of complaint | Attorney-client |
| 02-24-21 | Sender: rubeny23@hotmail.com Recipient: mtannen@tannenlaw.com | Untitled Strategy for citations and subpoena's | Attorney-client |
| 03-03-21 | Sender:mtannen@tannenlaw.com Recipients: rubeny23@hotmail.com lonnieybarra@yahoo.com tmeloy@tannenlaw.com | Re: Centrust Bank v. Ybarra // 2010L050077 Subpoena requesting records and Ferleger's avoidance of service | Attorney-client |
| 03-05-21 | Sender:rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com | to do Progress relating to discovery | Attorney-client |
| 03-08-21 | Sender: mtannen@tannenlaw.com Recipients: rubeny23@hotmail.com lonnieybarra@yahoo.com | Re: Centrust Bank v. Ruben Ybarra, et al. Case: 2010 L Respondents' Motion for Ext of Time and Notice of Motion issues | Attorney-client |

| 03-09-21 | Sender: mtannen@tannenlaw.com Recipients: rubeny23@hotmail.com lonnieybarra@yahoo.com tmeloy@tannenlaw.com achung@teamwerks.com | Request for IT Assistance//Centrust v. Ybarra-Consulting expert discussions | Attorney-client Work Product |
|---|---|---|---|
| 03-15-21 | Sender: mtannen@tannenlaw.com Recipients: rubeny23@hotmail.com lonnieybarra@yahoo.com | Re: CenTrust Bank, N.A. v. Ruben Ybarra, et al. Case No. 2010 L 050-proposed ord Responses to documents request proceeding | Attorney-client |
| 03-18-21 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com | Re: stuff Proceeding on remaining subpoena's | Attorney-client |
| 03-24-21 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com | updated to do list Strategy moving forward on various items | Attorney-client |
| 04-05-21 | Sender:ariel@weissberglaw.com Recipient: wfactor@wfactorlaw.com | PTCV Development v. Ybarra, et al. – Case No. 10 L 50077 – Courtesy Copy | Settlement discussion |
| 04-06-21 | Sender:mtannen@tannenlaw.com Recipients: rubeny23@hotmail.com lonnieybarra@yahoo.com tmeloy@tannenlaw.com jarenson@tannenlaw.com | Re: Ferleger Enclosing documents to clients and discussing Ferleger's response | Attorney-client |
| 04-08-21 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com ariel@weissberglaw.com lonnieybarra@yahoo.com | Heneghan 3 emails encompassing client's strategy to counsel | Attorney-client Work Product |
| 04-12-21 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com ariel@weissberglaw.com lonnieybarra@yahoo.com | Re: PTCV v. Ybarra Discussion regarding Motion for Judicial Determination | Attorney-client |

18

| 04-15-21 | Sender: rubeny23@hotmail.com<br>Recipients:<br>mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | End game<br>Client instructions to counsel | Attorney-client |
|---|---|---|---|
| 04-17-21 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>ariel@weissberglaw.com<br>lonnieybarra@yahoo.com | Update<br>Client outline and instructions to counsel | Attorney-client |
| 04-20-21 | Sender:mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com | Re: Centrust//K&P and Markoff Law<br>Reviewing law and facts regarding professional conduct of opposing counsel | Attorney-client |
| 04-20-21 | Sender: rubeny23@hotmail.com<br>Recipients: mtannen@tannenlaw.com<br>lonnieybarra@yahoo.com | Re: Email Search/Network Description-retention of expert | Attorney-client |
| 04-21-21 | Sender: mtannen@tannenlaw.com<br>Recipients:<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>tmeloy@tannenlaw.com<br>jarenson@tannenlaw.com | FW: Centrust v. Ybarra – Arrangement Letter for ediscovery | Attorney-client |
| 04-22-21 | Sender: ariel@weissbergalaw.com<br>Recipient: mtannen@tannenlaw.com | Untitled<br>Counsel disagreement regarding handling of matters | Joint Defense |
| 04-30-21 | Sender: ariel@weissberglaw.com<br>Recipients: mtannen@tannenlaw.com<br>rubeny23@hotmail.com<br>lonnieybarra@yahoo.com<br>monica@gregstern.com<br>greg@gregstern.com<br>YbarraFamily5@outlook.com | FW:<br>PTCV.Proposed Agreed Order.3 aw redline (4-30-21)— privileged communication<br><br>Discussion of revisions to proposed order | Attorney-client<br>Work Product |
| 05-02-21 | Sender: ariel@weissberglaw.com<br>Recipients: mtannen@tannenlaw.com<br>greg@gregstern.com;<br>monica@gregstern.com<br>rubeny23@hotmail.com<br>YbarraFamily5@outlook.com<br>lonnietbarra@yahoo.com | agreed Order YRY PTCV aw v.3 redline (5-1-21)<br><br>Circulating settlement agreement for approval | Attorney-client<br>Work Product |

| 05-02-21 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com tmeloy@tannenlaw.com | PTCV v. Ybarra//10 L 50077//ATTORNEY CLIENT COMMUNICATION- Provisions requested to be part of order | Attorney-client Work Product |
|---|---|---|---|
| 05-03-21 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com tmeloy@tannenlaw.com | Cover letter Discussion concerning draft letter to Greg Stern | Attorney-client |
| 05-05-21 | Sender: mgotkin@flash.net Recipients: mtannen@tannenlaw.com rubeny23@hotmail.com | FW: Legal billing for April, 2021 Discussion of party responsible for fees | Attorney-client |
| 05-11-21 | Sender: mtannen@tannenlaw.com Recipients: YbarraFamily5@outlook.com lonnieybarra@yahoo.com tmeloy@tannenlaw.com | PTCV/Ybarra Discussion of malicious prosecution proceeding against opposing counsel | Attorney-client |
| 05-13-21 | Sender: mtannen@tannenlaw.com Recipients: rubeny23@hotmail.com lonnieybarra@yahoo.com ariel@weissberglaw.com | RE: Ybarra Discussion of previous testimony | Attorney-client |
| 08-08-21 | Sender: rubeny23@hotmail.com Recipients: mtannen@tannenlaw.com lonnieybarra@yahoo.com | Re: Strategy of proceeding before Heneghan | Attorney-client |

**RUBEN YBARRA, YRY HOLDINGS, LLC, and BOULDER HILL APARTMENTS, LLC**, Defendants

By:     /s/ Ariel Weissberg
            One of their attorneys

Ariel Weissberg, Esq. (No. 03125591)
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004
F. 312-663-1514
Email: ariel@weissberglaw.com

20