**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRUST BANK, N.A. | ) | |
| | ) | Case No. 21-cv-02576 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Judge Sara L. Ellis |
| | ) | |
| RUBEN YBARRA, YRY HOLDINGS, LLC | ) | Hon. Magistrate Judge Maria Valdez |
| and BOULDER HILL APARTMENTS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## **JOINT STATUS REPORT**

The parties hereby jointly submit this Status Report pursuant to Court Order. (*See* Dkt. 55).

**A.  CENTRUST BANK'S MOTION TO COMPEL**

1. On September 14, 2022, Centrust filed its Second Motion to Compel Discovery Responses ("Motion to Compal") from Defendants, Ruben Ybarra, YRY Holdings, LLC and Boulder Hill Apartments, LLC (*See,* Dkt. 51).

2. On September 20, 2022, the Honorable Sara L. Ellis conducted a telephonic hearing on Plaintiff's Motion to Compel.

3. During this hearing, the Court ordered that counsel for the parties meet in person on the agreed upon date of September 30, 2022 at 9:00AM.

**B.  THE PARTIES ATTEMPT TO MEET AND CONFER**

4. On September 29, 2022, counsel for Plaintiff notified counsel for the Defendants that he was running a slight fever and expressed concerns that he may have been exposed to COVID.

5. Based on Plaintiff's counsel representations, counsel for the Defendant decided to continue the meeting.

6. On Saturday, October 1, 2022, counsel for Plaintiff tested positive for COVID.

7. On Monday, October 3, 2022, counsel for Plaintiff and counsel for CNTRST DEBT Recovery offered to participate in a telephonic Rule 37 conference on both October 3rd or 4th.

8. On Monday, October 3, 2022, counsel for the Defendants sent an email which indicated he that would be unavailable for a meeting until Monday, October 10, 2022. Specifically, counsel for the Defendants sent as follows:

> I cannot do a conference until next Monday because of the holiday and prior commitments (Trial on Thursday and all-day arbitration on Friday)

(*Email,* Mr. Weissberg).

**C.     STATUS HEARING ON OCTOBER 12, 2022**

9. Plaintiff's Motion to Compel was entered and continued to October 12, 2022 at 9:30AM.

**SUBMITTED JOINTLY AND BY AGREEMENT OF THE PARTIES:**

Dated: October 5, 2022

| **CENTRUST BANK, NA:** | **RUBEN YBARRA, YRY HOLDINGS, LLC, BOULDER HILL APARTMENTS, LLC:** |
|---|---|
| /s/ *Adam B. Rome* | /s/*Ariel Weissberg* |
| Adam B. Rome (ARDC 62784341) | Ariel Weissberg (ARDC 03125591) |
| Zachary P. Mulcrone (ARDC 6300387) | Rakesh Khanna, Esq. (ARDC 6243244) |
| GREIMAN, ROME & GRIESMEYER, LLC | Weissberg and Associates, Ltd. |
| 205 West Randolph St., Ste. 2300 | 564 W. Randolph St., 2nd Floor |
| Chicago, Illinois 60606 | Chicago, IL 60661 |
| arome@grglegal.com | rakesh@weissberglaw.com |
| zmulcrone@grglegal.com | |

**CNTRST DEBT RECOVERY & BRUCE TEITELBAUM:**

/s/ *William Factor*
William Factor (ARDC 6205675)
Factor Law
105 W. Madison St., #1500
Chicago, IL 60602
wfactor@wfactorlaw.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2022, I electronically filed the foregoing *Joint Status Report*, with the Clerk of the Court via the CM/ECF System, which will send notification of such filing to those registered to receive electronic notices via email transmission at the email addresses provided by them including Plaintiff's counsel listed below:

Ariel Weissberg
Rakesh Khanna, Esq.
564 W. Randolph St., 2nd Floor
Chicago, IL 60661
T. 312-663-0004
Email: ariel@weissberglaw.com; rakesh@weissberglaw.com

-&-
Christopher V. Langone
205 North Michigan Ave., Suite 810
Chicago, IL 60601
Chris@LangoneLaw.com

I further certify that I sent the foregoing to those individuals listed below via email transmission at the email address listed before 5:00 p.m. on October 5, 2022 from 205 W. Randolph St., Chicago, IL 60606:

William Factor
Factor Law
105 W. Madison St., #1500
Chicago, IL 60602
wfactor@wfactorlaw.com

                                             */s/* Adam B. Rome
                                             Adam B. Rome (ARDC 62784341)
                                             GREIMAN, ROME & GRIESMEYER, LLC
                                             205 W. Washington, Suite 2300
                                             Chicago, Illinois 60606
                                             (312) 428-2750
                                             arome@grglegal.com)