# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRUST BANK, N.A., ) | |
| ) | Case No. 21-cv-2576 |
| Plaintiff, ) | |
| ) | Judge Sara L. Ellis |
| v. ) | |
| ) | |
| RUBEN YBARRA, YRY HOLDINGS, LLC, and ) | |
| BOULDER HILL APARTMENTS, LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S ACTION

It is hereby stipulated and agreed, by and between the parties, through their undersigned counsel, that Plaintiff, Centrust Bank, N.A., voluntarily dismisses its action against Defendants, Ruben Ybarra, YRY Holdings, LLC, and Boulder Hill Apartments, LLC, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without prejudice. The parties shall each bear their own respective costs and attorneys' fees.

Dated: January 27, 2023                              Stipulated and agreed to by:

**CENTRUST BANK, N.A**.                              **RUBEN YBARRA, YRY HOLDINGS, LLC, and BOULDER HILL APARTMENTS, LLC**

/s/  Adam B. Rome                                    /s/    Christopher V. Langone
By:  One of its attorneys                            By:  One of their attorneys

Adam B. Rome (ARDC 62784341)                         Christopher V. Langone (ARDC 6211105)
GREIMAN, ROME & GRIESMEYER, LLC                      205 North Michigan Ave., Suite 810
205 West Randolph St., Ste. 2300                     Chicago, Illinois  60601
Chicago, Illinois  60606                             Chris@LangoneLaw.com
arome@grglegal.com                                   Telephone: (312) 720-9191
Telephone: (312) 428-2750

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I electronically filed the foregoing ***Stipulation of Dismissal of Plaintiff's Action,*** with the Clerk of the Court via the CM/ECF System, which will send notification of such filing to those registered to receive electronic notices via email transmission at the email addresses provided by them including:

| | |
|---|---|
| Christopher Langone | Rakesh Khanna |
| Langone Law | Ariel Weissberg |
| 205 North Michigan Ave., Suite 810 | Weissberg & Associates |
| Chicago, IL 60601 | 564 W. Randolph St., 2nd Floor |
| Chris@LangoneLaw.com | Chicago, IL 60661 |
| | rakesh@weissberglaw.com |
| | ariel@weissberglaw.com |

                       */s/ Adam B. Rome*
                       Adam B. Rome (ARDC 62784341)
                       GREIMAN, ROME & GRIESMEYER, LLC
                       205 West Randolph St., Ste. 2300
                       Chicago, Illinois 60606
                       arome@grglegal.com
                       Telephone: (312) 428-2750